AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

TYRONE WHITE
1503 COVINGTON AVENUE
OPELIKA, AL

**WARRANT FOR ARREST**

Case Number: 3:05CR234-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TYRONE WHITE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  Supervised Release Violation Petition  Violation Notice

charging him or her with   (brief description of offense)

Interference with commerce by threat or violence ( 8 cts.)

in violation of Title __18__ United States Code, Section(s) __1951(a)__

__DEBRA P. HACKETT__                                        10/5/05
Name of Issuing Officer        Signature of Issuing Officer - DEPUTY CLERK        DATE

__CLERK OF COURT__                           MONTGOMERY, ALABAMA
Title of Issuing Officer                       Date and Location

Bail fixed at $  to be set at initial appearance        BY  U.S. MAGISTRATE JUDGE
                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |