IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIM NO. 3:05-cr-234-a |
| | ) |
| **TYRONE WHITE,** | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE AS COUNSEL

**COMES NOW** the undersigned and files this, Notice of Appearance on behalf of the Defendant, Tyrone White.

Respectfully submitted this the 7th day of October, 2005.

                                                    TYRONE WHITE, Defendant

                          BY:   Electronically signed by
                                    JULIAN L. MCPHILLIPS, JR.
                                    Attorney for Defendant
                                    Alabama Bar No. MCP004
                                    P.O. Box 64
                                    Montgomery, AL 36101
                                    334-262-1911

OF COUNSEL:
MCPHILLIPS SHINBAUM LLP
516 S. PERRY STREET
MONTGOMERY, AL 36104
(334) 262-1911

## **CERTIFICATE OF SERVICE**

      I hereby certify I have served a copy of the foregoing by placing a copy of same in the United States Postal Service, postage prepaid and properly addressed, and by electronic filing with the Clerk of the Court, to the following address on this the 7th day of October, 2005.

      Hon. Todd A. Brown
      Assistant United States Attorney
      1 Court Square, Second Floor
      Suite 201
      Montgomery, AL 36104

                                      Electronically signed by
                                      JULIAN L. MCPHILLIPS, JR.