**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

❏ Northern    ❏ Southern    ❏ Eastern

**COURTROOM DEPUTY MINUTES**

**DATE:** 10/7/2005          **TIME/DIGITAL RECORDING:** 3:03 – 3:36 pm

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** S. Q. Long, Jr.,          **CRT RPTR:** _____

**CASE NO.** 3:05cr234-A          **USA vs.** TYRONE WHITE

**DEFT ATTY:** Kenneth Shinbaum for Julian McPhillips
❏ FD   ❏ CJA   ☑ Ret   ❏ Waived   ☑ Standing In   ☑ Retain Cnsl Ntc.
**COURT APPOINTS:**   ❏ FD   ❏ CJA   ❏ Deft. to Retain Counsel _____

**SUSA:** Hardwick          **USPO/USPTS:** Martin

**Interpreter Needed:** ❏ Yes ☑ No   Name: _____

**LOCATION:**          ☑ ARREST: 10-7-05   ❏ LC   ❏ LO   ❏ LR   ❏ Kars 40

**HEARING**   Held/Set:   ☑ IA. Dft. Advised of Rights   ❏ DETENTION   ❏ PRLHRG
❏ RULE44HRG   ❏ BOND HRG   ❏ PROB/SUP REL VIOLATOR

❏ ARR   PLEA Entered:   ❏ Guilty   ❏ Not Guilty
Ptrl Cnf Set: _____   Disc DDL Set: _____

❏ CHGPLHRG/CONSENT PLEA Held   ❏ Set for _____

❏ Written PLEA AGREEMENT Filed/Executed   ❏ Oral Agreement

❏ GUILTY PLEA/Counts: _____

❏ COUNTS/DISM/GVT _____   ❏ Oral Motion   ❏ At Sentencing

☑ TRIAL Set For: 12-5-05   SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**   ❏ FINAFF   ❏ WVRPRLHRG.   ❏ WVRR40hrg
❏ WVINDICTMENT Executed & Filed   ❏ INFORMATION filed
❏ CONSENT TO PROCEED Executed
❏ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: _____

**MOTIONS:**   ❏ DTNHRG   ❏ Written   ❏ Oral   /   ❏ Govt   ❏ Deft
Detention Hearing Set For: _____
❏ Other _____

**ORDERS:**   ☑ BOND Executed $ _____
❏ Cont'd Bond Imposed: _____
☑ Conditions of Release. Defendant advised of conditions.
❏ Probable Cause. Defendant bound over to Grand Jury
❏ Remvldist _____   ❏ Rem Hrg. Set: _____
❏ Temporary Detention Pending Hearing   ❏ Pending Trial
❏ Seal _____
❏ Other _____

**COMMENTS:**