IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

**ORDER**

Pursuant to the *Motion to Lift Electronic Monitoring Restrictions and Allow Defendant to Remain out on Bond Pending Trial*, filed with attachment (Doc. 9, October 12, 2005), it is

**ORDERED** that the United States and the assigned pre-trial services officer show any cause why this motion should not be granted on or before October 17, 2005.

Done this 13th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE