IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER

The court has duly considered Defendant's *Motion to Lift Electronic Monitoring Restrictions and Allow Defendant to Remain out on Bond Pending Trial* (Doc. 9, October 12, 2005), the *Response of the United States* (Doc. 12, October 17, 2005), and the *Response of the United States Probation Officer* – each stating opposition and reason therefor. For good cause shown by the United States, it is

**ORDERED that absent the Defendant's withdrawal of his *Motion* on or before October 20, 2005** – *pursuant to his agreement to submit to electronic monitoring in consideration for the United States' agreement not to seek detention* – **the court shall schedule the detention hearing requested by the United States; in the alternative**, though another order will be issued, the parties are notified that the detention hearing will be scheduled at 2:45 p.m. on October 27, 2005.

Done this 18th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE