# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 10/19/2005

DIGITAL RECORDING: 10:19 – 10:24 a.m.

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd          DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 3:05cr234-A          DEFT. NAME: Tyrone WHITE

USA: T. Brown          ATTY: Julian McPhillips

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | | |
|---|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☐kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ | |
| ☐kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered | |
| ☐kodtn. | ORDER OF DETENTION PENDING TRIAL entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for _____ | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐✓ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☑karr. | ARRAIGNMENT SET FOR: _____ ☑HELD. Plea of **NOT GUILTY** entered. | |
| | ☑Set for 12-5-05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: 10-21-05 | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |