IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:05cr234-A |
| TYRONE WHITE | ) | |

### **ORDER**

This case is before the court on Defendant's Request for Immediate Hearing before full (sic) U. S. District Court Judge, contained in Doc. #14.

Upon consideration, this court finds the Request to be without merit, and it is hereby DENIED. Magistrate Judges in this district are fully empowered to handle initially all matters involving issues of pretrial detention, as judicial officers authorized to do so by 18 U.S.C. § 3142. They routinely do so in all criminal cases, and the Defendant shows no basis for this case to be handled differently from all others. The Magistrate Judge will proceed with the scheduled detention hearing.

DONE this 24th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE