IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

**ORDER**

It is **ORDERED** that the United States respond by October 31, 2005, to show any cause why the following -styled motions filed by the Defendant on October 20, 2005, should not be granted:

(1)  *Motion Pursuant to F.R.E. 404(B) for Notice by the Government of its Intention to Rely Upon Other Crimes, Wrongs, Acts and Misconduct Evidence* (Doc. 15);

(2) *Motion to Reveal any Plea Negotiations and/or Private or Public Agreements Between the United States and any of its Witnesses (Motion to Reveal the Deal)* (Doc. 16);

(3)  *Motion to Compel Retention of Governmental Agents' Notes* (Doc. 17);

(4)  *Motion for Disclosure of Federal Grand Jury Record by Defendant* (Doc. 18).

Done this  24th day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE