IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER

Pursuant to the *Order* of Senior U.S. District Judge W. Harold Albritton denying Defendant's Request for Immediate Hearing (Doc. 21), it is

**ORDERED** that all pending motions relating to the Defendant's current release on electronic monitoring – described below – shall be heard at the scheduled hearing at 2:45 p.m. on Thursday, October 27, 2005, in District Courtroom 4A, before the undersigned Magistrate Judge:

- Defendant's *Motion to Lift Electronic Monitoring Restrictions and Allow Defendant to Remain out on Bond Pending Trial* (Doc. 9, October 12, 2005), submitted on the *Motion*, the *Response of the United States* (Doc. 12, October 17, 2005), the *Response* of the United States Probation Officer, and *Defendant's Opposition Response*;

- Defendant's *Motion for Sanctions* (Doc. 14, October 19, 2005);

- Motion of the United States for Detention, averred as alternative relief by the United States in Doc. 12, in the event Defendant pursues with his Doc. 9 Motion.

It is further **ORDERED** that the United States file not later than October 26, 2005, a formal Motion setting forth the basis for detention if it intends to pursue this alternative remedy.

DONE this 24^(TH) day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE