IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

**ORDER**

For good cause shown in the *show-cause Response* filed by the United States on October 24, 2005 (Doc 23), it is **ORDERED** that each of the following-styled discovery motions filed by the Defendant on October 20, 2005 is **DENIED** as non-compliant with the court's *Standing Order on Criminal Discovery* and as otherwise unwarranted:

(1) *Motion Pursuant to F.R.E. 404(B) for Notice by the Government of its Intention to Rely Upon Other Crimes, Wrongs, Acts and Misconduct Evidence* (Doc. 15);

(2) *Motion to Reveal any Plea Negotiations and/or Private or Public Agreements Between the United States and any of its Witnesses (Motion to Reveal the Deal)* (Doc. 16);

(3) *Motion to Compel Retention of Governmental Agents' Notes* (Doc. 17);

(4) *Motion for Disclosure of Federal Grand Jury Record by Defendant* (Doc. 18).

Done this 25th day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE