IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CASE NO. **3:05-CR-234-A** |
| **TYRONE WHITE** | |

## MOTION TO STRIKE HEARING

COMES NOW the Defendant TYRONE WHITE, by and through his attorney, Julian L. McPhillips, Jr., and respectfully moves this Court to strike the hearing, currently set for Thursday, October 27, 2005, and states as follows:

1. The Defendant, through counsel, has made adequate arrangements with the Probation Officer assigned to this case, to address the concerns set forth by the Defendant in his *Motion to Lift Electronic Monitoring Restrictions and Allow Defendant to Remain Out on Bond Pending Trial* (Doc. 9).

2. Further, the Defendant, through counsel, has negotiated a satisfactory agreement with the government, in regard to the above-referenced Motion, as well as the Defendant's *Motion for Sanctions* (Doc. 14), which are both pending before this Court, and currently set for oral arguments on October 27, 2005, at 2:45 p.m.

3. Therefore, the Defendant hereby **withdraws** the above-referenced motions, and seeks to inform the Court that a hearing on this matter is no longer required.

WHEREFORE, premises considered, the undersigned requests that this court strike the hearing currently set in this matter for Thursday, October 27, 2005, before the Honorable Delores R. Boyd.

    RESPECTFULLY SUBMITTED this 25th day of October, 2005,

                                            TYRONE WHITE
                                            Defendant

                                            Electronically signed
                                            BY: JULIAN L. McPHILLIPS, JR.
                                            Attorney for Defendant
                                            Alabama Bar No. MCP004
                                            P.O. Box 64
                                            Montgomery, AL 36101
OF COUNSEL:                              (334) 262-1911
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36104
(334) 262-1911


## CERTIFICATE OF SERVICE

    I certify that, on this date, I have served a copy of the foregoing upon the Government by electronic filing, and by mailing an additional courtesy copy of same to the Government's attorneys at the addresses below:

        Todd A. Brown
        Assistant United States Attorney
        One Court Square, Room 201
        P.O. Box 197
        Montgomery, Alabama 36101

                                            Electronically signed
                                            JULIAN L. McPHILLIPS, JR.
                                            Attorney for Defendant