IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER ON MOTION

Defendant's *Motion to Strike Hearing* (Doc. 26, filed October 25, 2005) reports his satisfactory arrangements with the offices of both the United States Probation and United States Attorney to resolve concerns underlying the motions set for hearing. For this good cause, it is **ORDERED** that the *Motion* is **GRANTED;** accordingly, the scheduled hearing at 2:45 p.m. on October 27, 2005, is hereby cancelled.

It is further **ORDERED** that Defendant's *Motion to Lift Electronic Monitoring Restrictions and Allow Defendant to Remain out on Bond Pending Trial* (Doc. 9) and his *Motion for Sanctions* (Doc. 14), are each DENIED AS MOOTED BY THE REPORTED AGREEMENT.

DONE this 26th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE