IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

## ORDER

It is **ORDERED** that the United States file by November 4, 2005, any response in opposition to the Defendant's motions filed on October 28, 2005:

- *Motion to Dismiss Indictment for Systematic Underrepresentation of Black Americans in Grand Jury* (Doc. 28)

- *Motion Challenging the Composition of the Petit Jury for Systematic Underrepresentation of Black Americans* (Doc. 29)

- *Motion for Inspection and Copying of Jury System Records* (Doc. 30)

**The Clerk is instructed to note, and correct as may be necessary, the apparent duplicate docketing of the *Doc. 30* Motion as *Doc. 31.***

Done this 31st day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE