**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | CR. NO. 3:05-cr-0234-A |
| ) | |
| **TYRONE WHITE** ) | |

**REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE MOTION FOR
PROTECTIVE ORDER**

COMES NOW the Defendant, TYRONE WHITE, by and through his undersigned counsel, and request this Honorable Court for Additional Time to Respond to the Motion for Protective Order. As grounds for said request states as follows:

1. The undersigned counsel is in trial beginning the 7th day of November, 2005, and lasting all week.

WHEREFORE the undersigned counsel prays this Honorable Court will allow him an additional 10 days from the current response deadline to file his Response to the Motion for Protective Order.

RESPECTFULLY submitted this the 7th day of November, 2005.

/s/ Julian L. McPhillips, Jr.
JULIAN L. MCPHILLIPS, JR.
Attorney for the Defendant
ASB-3744-L74J
P.O. Box 64
Montgomery, AL 36101

**OF COUNSEL:**
MCPHILLIPS SHINBAUM, LLP
P.O. BOX 64
MONTGOMERY, AL 36101
(334) 262-1911

## CERTIFICATE OF SERVICE

    I certify that, on this date, I have served a copy of the foregoing upon the Government by electronic filing, and by mailing an additional courtesy copy of same to the Government's attorneys at the addresses below:

    Hon. Todd A. Brown
    Assistant United States Attorney
    P.O. Box 197
    Montgomery, Alabama 36101

    /s/ Julian L. McPhillips, Jr.
    JULIAN L. MCPHILLIPS, JR.
    Attorney for the Defendant