IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:05-cr-0234-A |
| | ) | |
| TYRONE WHITE | ) | |

### REQUEST FOR AN EXTENSION AS TO THE DEADLINES

COMES NOW the Defendant, TYRONE WHITE, by and through his undersigned counsel, and request this Honorable Court for an extension as to the Pretrial Motions and Conference deadline of today and tomorrow. As grounds for said request states as follows:

1. The undersigned counsel has been in trial since the 7th day of November, 2005, and said trial is still ongoing. It is anticipated that the trial will last through next Tuesday, November 15, 2005.

2. The undersigned counsel has been unable to confer with his client this week regarding additional pretrial motions he may deem necessary to file, and therefore would be prejudiced if said extension was not granted.

3. The undersigned counsel's office has spoke with the U.S. Attorney's office (Secretary Carolyn), and has been informed that Mr. Brown has no objection to the extension of the Pretrial motions and Conference deadline.

WHEREFORE the undersigned counsel prays this Honorable Court will allow him an additional 10 days from the current Motions and Conference deadline to file any additional motions he deems necessary.

RESPECTFULLY submitted this the 10th day of November, 2005.

/s/ Julian L. McPhillips, Jr.
JULIAN L. MCPHILLIPS, JR.
Attorney for the Defendant
ASB-3744-L74J
P.O. Box 64
Montgomery, AL 36101

**OF COUNSEL:**
MCPHILLIPS SHINBAUM, LLP
P.O. BOX 64
MONTGOMERY, AL 36101
(334) 262-1911

## CERTIFICATE OF SERVICE

I certify that, on this date, I have served a copy of the foregoing upon the Government by electronic filing, and by mailing an additional courtesy copy of same to the Government's attorneys at the addresses below:

Hon. Todd A. Brown
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

/s/ Julian L. McPhillips, Jr.
JULIAN L. MCPHILLIPS, JR.
Attorney for the Defendant