IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | [WO] |
| | ) | |
| TYRONE WHITE | ) | |

**ORDER ON MOTION**

After consideration of the Defendant's unopposed *Request for an Extension as to the Deadlines* (Doc. 36, filed Nov. 10, 2005), it is **ORDERED** that the *Motion* is **GRANTED** to the extent that Defendant is excused from the November 10, 2005 deadline for motions. It is further

**ORDERED** that the *pretrial conference* now scheduled herein for November 16, 2005, at 11:00 a.m. is hereby *continued to Monday, November 21, 2005, at 3:00 p.m., and Defendant shall file all pretrial motions by noon on November 21, 2005.*

Done this 10th day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE