IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:05-CR-234-A |
| ) | |
| TYRONE WHITE ) | |

## MOTION PRO HAC VICE

COMES NOW the Defendant TYRONE WHITE, by and through his attorney, Julian L. McPhillips, Jr., and hereby moves this Honorable Court to grant admission to the United States District Court for the Middle District of Alabama to Attorney Allison H. Highley pursuant to Local Rule 83.1(b).

As grounds therefore, the undersigned submits the following:

1. Washington attorney Allison H. Highley is member in good standing of the Bar of the United States District Court for the Western District of Washington. See Certificate of Good Standing, attached hereto and incorporated herein by reference.

3. Mrs. Highley has associated with Alabama attorney Julian L. McPhillips, Jr., a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, to assist him in the above-styled action.

WHEREFORE, premises considered, the undersigned prays that this Honorable Court will grant Allison H. Highley admission to the United States District Court for the Middle District of Alabama.

RESPECTFULLY SUBMITTED this 15th day of November 2005,

TYRONE WHITE
Defendant

JULIAN L. McPHILLIPS, JR.
Attorney for Defendant
Alabama Bar No. MCP004
McPhillips Shinbaum, LLP
P.O. Box 64
Montgomery, AL 36101
(334) 262-1911

CERTIFICATE OF SERVICE

    I certify that, on this date, I have served a copy of the foregoing upon the Government by electronic filing, and by mailing an additional courtesy copy of same to the Government's attorneys at the addresses below:

    Todd A. Brown
    Assistant United States Attorney
    One Court Square, Room 201
    P.O. Box 197
    Montgomery, Alabama 36101

_____
JULIAN L. McPHILLIPS, JR.
Attorney for Defendant