# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Allison Hale Highley was admitted to practice in said Court on October 25, 2005 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on October 28, 2005.

Bruce Rifkin
Clerk

By _____
Deputy Clerk