AO82 SWEDA
(Rev. 4/91)

**ORIGINAL**
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at ___MONTGOMERY___

**108450**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | 108450*# |
| 508800 | Immigration Fees | COURT COSTS |
| 085000 | Attorney Admission Fees   000109D | 6855XX       20.00 |
| 086900 | Filing Fees | ## |
| 322340 | Sale of Publication | |
| 322350 | Copy Fees | TOTAL     20.00 |
| 322360 | Miscellaneous | CHECK     20.00 |
| 143500 | Interest | CHANGE     0.00 |
| 322380 | Recoveries of Court Costs | 1 ITM-CT |
| 322386 | Restitution of U.S. Government | |
| 121000 | Conscience Fund | 121755A000  15:59 |
| 129900 | Gifts                       11/15/05 | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Filings Spec. Acct. | |
| 510100 | Registry Admin. Acct. | |

**THIS IS A RECEIPT, NOT A BILL**

CASE REFERENCE:

3:05 CR 234-A

RECEIVED FROM
McPhillips Shinbaum
P.O. Box 64
Moatz AL 36101

(mot/phv Allison H. Highley)

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.