IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | [WO] |
| | ) | |
| TYRONE WHITE | ) | |

**ORDER ON MOTION**

For good cause, it is

**ORDERED** that Defendant's *Request for Additional Time to Respond to the Motion for Protective Order* (Doc. 35, filed Nov. 7, 2005) is **construed as a Motion and hereby GRANTED** to the extent that Defendant shall respond not later than noon on November 21, 2005, showing any cause why the motion should not be granted.

Done this 16th day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE