IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA )| |
| ) | CASE NO. 3:05-CR-234-A |
| v. ) | |
| ) | |
| TYRONE WHITE ) | |

**MOTION FOR EMERGENCY HEARING**

COMES NOW the Defendant TYRONE WHITE, by and through his attorney, Julian L. McPhillips, Jr., and respectfully moves this Honorable Court for an emergency hearing on his *Motion for Protective Order*, and states as follows:

1. As set forth in *Defendant's Motion to Dismiss Indictment and For Sanctions* (Doc. 39), the Auburn Police Department, acting in conjunction with, or at the behest of, the federal government, threatened and intimidated witnesses, including the persons named in said motion.

2. The identities of the eleven affiants were necessarily revealed in the aforesaid motion, leaving them exposed to retaliation and further harassment by the government.

3. The motion was filed yesterday, yet, already the Auburn police and/or federal agents have approached the affiants named therein, subjecting them to further harassment and threats. **This oppressive behavior must stop.** The Auburn Police Department has now proven its penchant for abusive behavior and retaliation by rushing back to threaten the livelihoods and personal liberty of these whistleblowers for being brave enough to tell the truth. Clearly, the Auburn Police have shown they will continue to prey on these people for revealing their

oppressive, threatening ways. **These people are under attack and urgently need this Court's protection.**

WHEREFORE, above premises considered, the undersigned prays that this Honorable Court will permit a hearing on the issue, at this Court's earliest convenience, and

FURTHER enter temporary protective order until such time as a hearing can be reasonably set.

RESPECTFULLY SUBMITTED this 17th day of November 2005,

>TYRONE WHITE
>Defendant
>
>/s/ Julian L. McPhillips, Jr.
>JULIAN L. McPHILLIPS, JR.
>Attorney for Defendant
>Alabama Bar No. MCP004
>McPhillips Shinbaum, LLP
>P.O. Box 64
>Montgomery, AL 36101
>(334) 262-1911

## CERTIFICATE OF SERVICE

I certify that, on this date, I have served a copy of the foregoing upon the Government by electronic filing, and by mailing an additional courtesy copy of same to the Government's attorneys at the addresses below:

>Todd A. Brown
>Assistant United States Attorney
>One Court Square, Room 201
>P.O. Box 197
>Montgomery, Alabama 36101

>/s/ Julian L. McPhillips, Jr.
>JULIAN L. McPHILLIPS, JR.
>Attorney for Defendant