IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER ON MOTION

After consideration of *Defendant's Motion for Live Testimony* (Doc. 51, Nov. 17, 2005) at the scheduled pretrial conference, it is hereby

**ORDERED** that the *Motion* (Doc. 51) is **DENIED.**

At the pretrial conference the court will set appropriate dates for any show-cause responses necessary, set hearing dates as may be appropriate, and otherwise determine submission dates for the orderly and deliberative consideration of all pending motions. *Counsel are reminded to bring their scheduling calendars.*

Done this 18th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE