## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
❏ Northern    ❏ Southern    ☒ Eastern

HON. **Delores Boyd**                AT **Montgomery**, Alabama
DATE COMMENCED **11-21-2005**        @ **3:01 - 4:00** ❏ a.m. ☒ p.m
DATE COMPLETED **11-21-2005**        @ **4:09 - 4:12** ❏ a.m. ☒ p.m

CASE NO. **3:05cr234-A**

UNITED STATES OF AMERICA          VS.        TYRONE WHITE
Plaintiff(s)                                  Defendant(s)

### APPEARANCES

X Plaintiff(s)/Government                     Defendant(s)

Todd Brown                                    Julian McPhillips

### COURT OFFICIALS PRESENT:

Ctrm Clerk: **S. Q. Long, Jr.**            Crt Rptr: _____
Law Clerk: _____                      Interpreter: _____
USPO/USPTS: _____                     Other: _____

### PROCEEDINGS:

❏ Motion Hearing : _____
❏ Status Conference         ❏ Oral Argument           ❏ Evidentiary Hrg.
❏ Revocation                ❏ Scheduling Conf.        ❏ Show Cause
❏ Settlement Conference     ❏ Telephone Conf.         ❏ Sentencing
❏ Non-Jury Trial            ❏ Revocation/Prtrl/SupvRel/Prob
❏ Other _____

☒  Pretrial Conference
Pending Motions: **Hearing Held**
Discovery Status _____              Plea Status _____
Trial Status/Length _____           Trial Term: _____