IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

## ORDER ON MOTIONS

After due consideration of the testimony presented as well as pertinent recommendations of the pretrial services officer following the hearing convened November 22, 2005, it is **ORDERED** as follows:

1. The **Government's Motion for Detention Hearing** (Doc. 59, Nov. 22, 2005) is **GRANTED to the extent of its request for a hearing**. Based on the hearing conducted November 22, 2005, hearing, the **Motion is DENIED to the extent of its request for detention** as the court finds that:

   (a) the evidence does not substantiate "a serious risk that White will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness"; and

   (b) there are conditions which will reasonably assure the safety of any other person and the community.

2. *Defendant's Renewed Motion to Modify Terms of Release* **(Doc. 54, Nov. 18, 2005) is *GRANTED*** to the extent of its request that the defendant be released from electronic monitoring. The court concurs with the recommendation of the probation officer that the

following conditions be set now for the defendant's release: pretrial supervision; $25,000 unsecured appearance bond; active pursuit of employment; no firearms; no excessive use of alcohol; immediate report of contacts with law enforcement officers; home detention, restricting the defendant to his residence at all times except for employment; education; religious services; his child's transportation to and from school; other activities as approved by the pretrial service officer or supervising officer.

Pending further hearings scheduled on the issue, the court declines now to impose restrictions on contacts with potential witnesses.

3. *Defendant's Emergency Motion for No Contact Order* (Doc. 60, Nov. 22, 2005) **is DENIED.**

Done this 23rd day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE