**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11-22-2005

DIGITAL RECORDING: 1:34 – 2:57 pm  
3:12 – 3:22 pm

- ☐ INITIAL APPEARANCE
- ☐✓ BOND HEARING
- ☑ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql  
CASE NO.: 3:05cr234-A  
DEFT. NAME: Tyrone WHITE  
USA: Todd Brown  
ATTY: Julian McPhillips  
Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY  
(USPTSO)/USPO: Martin  

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES NAME: _____

- ☐ kars. — Date of Arrest _____ or ☐ karsr40
- ☐ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☐ — Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted — **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☑ kdmhrg. — **Detention Hearing** ☑ held; ☐ set for _____
- ☐ kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
- — ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- — DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___EASTERN___ DIVISION

UNITED STATES OF AMERICA        *
                                *
VS.                             *       CR. NO. 3:05cr234-A
                                *
TYRONE WHITE                    *
                                *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Jerry Holder | 1. Billy Smith |
| 2. Christian Deep | 2. |
| 3. Kelvin King | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |