UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

## ORDER ON MOTION

As the court's oral and written rulings on the issue were clearly stated, Defendant's *Motion for Clarification* (Doc. 67, Nov. 23, 2005) should not have been necessary; nonetheless, it is, for good cause shown,

**ORDERED THAT THE *MOTION* IS GRANTED,** and the court hereby reaffirms the ruling announced from the bench following the detention hearing on November 22 and documented in its ORDER filed November 23, 2005 (Doc. 62)**: Electronic Monitoring is not a pretrial condition of release for this defendant; instead, he is placed on "home detention" and the other conditions specified in the ORDER setting Conditions of Release (Doc. 64, Nov. 22, 2005).**

Done this 29th h day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE