IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | [WO] |
| | ) | |
| TYRONE WHITE | ) | |

**ORDER**

On November 30, 2005 the scheduled evidentiary hearing on the Defendant's *Motion to Dismiss Indictment and For Sanctions* (Doc. 39, filed Nov. 16, 2005) and his *Motion for Protective Order* (Doc. 48, filed Nov. 17, 2005) commenced at 10:30 a.m. and continued to 5:15 p.m.  The Defendant projects seven additional witnesses and the United States anticipates summoning five or six witnesses.  Accordingly, for this good cause, it is

**ORDERED** that **the evidentiary hearing shall resume at 9:15 a.m. on Wednesday, December 7, 2005** in District Courtroom 4A and continue until completed.

Done this 1st day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE