IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | [WO] |
| | ) | |
| TYRONE WHITE | ) | |

## ORDER ON MOTION

For good cause arising from the lack of evidentiary support for the Defendant's *Emergency Motion for Protective Order and Order to Show Cause* (Doc. 71, filed Nov. 29, 2005), it is hereby

**ORDERED** that the *Motion* (Doc. 71) is **DENIED**.

Done this 1st day of December, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE