IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | [WO] |
| | ) | |
| TYRONE WHITE | ) | |

## ORDER

For good cause, it is **ORDERED** that the supplemental pretrial conference scheduled to follow the evidentiary hearing on November 30, 2005 is CONTINUED.

Counsel for all parties shall bring their calendar to the December 7, 2005 evidentiary hearing in order to set a pretrial conference and any other appropriate deadlines; thereafter, an appropriate Arraignment Order will be entered in response to the Defendant's arraignment on the superseding indictment filed herein

Done this 1st day of December, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE