IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr234-A |
| | ) | |
| TYRONE WHITE | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, K. David Cooke, Jr., and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 6th day of December, 2005.

                                    LEURA GARRETT CANARY
                                    UNITED STATES ATTORNEY

                                    /s/K. David Cooke, Jr.
                                    K. DAVID COOKE, JR.
                                    Assistant United States Attorney
                                    One Court Square, Suite 201
                                    Montgomery, AL 36104
                                    Phone: (334) 223-7280
                                    Fax: (334) 223-7135
                                    E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>3:05cr234-A</u> |
| | ) | |
| TYRONE WHITE | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Julian L. McPhillips, Jr., Esq.

    Respectfully submitted,

    /s/K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: david.cooke@usdoj.gov