IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA ) | |
| ) | CASE NO. 3:05-CR-234-A |
| v. ) | |
| ) | |
| TYRONE WHITE ) | |

**SUPPLEMENTED MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW the undersigned, and respectfully renews his motion for admission on behalf of Attorney Allison Highley, and supplementing his Motion Pro Hac Vice (Doc. 41) as follows:

1. Allison Hale Highley sat for, and passed, the Washington State Bar Examination in July 2003. After being sworn in as a member of the Washington Bar on November 13, 2003, Ms. Highley practiced law from December 2003, to August 2004, as an associate attorney at the Law Offices of Felicia A. Malsby, in Gig Harbor, Washington, and from August 2004, until July 2005, at Doherty & Fleury, LLP, in Tacoma, Washington.

2. Ms. Highley is married to Samuel Highley, a major in the United States Air Force. See Military ID Card, attached hereto as **Exhibit A**. In July 2005, Major Highley was stationed to Maxwell Air Force Base, in Montgomery, Alabama, to attend Air Command and Staff College, which is a 10 month term of study. Unlike most military assignments, which can vary in duration, being stationed at Maxwell Air Force Base to attend school is a fixed-term assignment, and once the school term is over, the Highleys will relocate out of the State of Alabama.

3. Ms. Highley maintains her residency in Washington. She remains licensed to drive and registered to vote in Washington State. (Under Alabama law, a non-resident at least 16 years old who has in his immediate possession a valid driver license issued to him in his home state is

**MOTION GRANTED**

SO ORDERED
THIS _6th_ DAY OF _December_, 20 _05_
_____
UNITED STATES DISTRICT JUDGE