IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | 3:05-CR-234-A |
| ) | |
| TYRONE WHITE ) | |

**O R D E R**

For good cause, it is **ORDERED** that:

1. Defendant's *Motion to Quash Subpoenas and Delay Hearing on Same* (Doc. 86, Dec. 7, 2005) is set for *hearing at 9:30 a.m. on Friday, December 9*, 2005 in District Courtroom 4A;

2. The *evidentiary hearing* on Defendant's *Motion to Dismiss Indictment and For Sanctions* (Doc. 39, Nov. 16, 2005), continued on December 7, **will resume at 10:00 a.m. on Friday, December 9**, for the completion of testimony by the final witness, Daniel Todd,, and the scheduling of post-hearing briefs; and

3. The *supplemental pretrial conference* necessitated by Defendant's November 30, 2005, arraignment on a superseding indictment **will follow completion of the December 9** evidentiary hearing. Counsel shall be prepared to discuss the status of discovery, deadlines for show-cause responses and submission dates on pretrial motions, and the scheduling of this case for trial and any additional pretrial conferences which may be necessary.

Done this 8th day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE