IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __EASTERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __11/30/2005__ AT __10:34__ (A.M.)/P.M.

DATE COMPLETED __12-9-05__ AT __10:38__ (A.M.)

UNITED STATES OF AMERICA   )
                           )
    vs.                    )
                           )   (Criminal    Case No. __3:05cr234-A__
TYRONE WHITE               )
                           )   ~~Civil~~
                           )
                           )

| ~~PLAINTIFF~~/GOVERNMENT | DEFENDANT |
|---|---|
| Todd Brown | Julian McPhillips |
| David Cook | Allison Highley |

COURT OFFICIALS PRESENT

S. Q. Long, Jr., Clerk

Mitchell Reisner, Reporter [11-30-05]

Michele Dearing, Law Clerk
Jimmy Dickens [12-7-05]
Risa Entrekin [12-9-05]

## PROCEEDINGS

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: HEARING ON DEFT'S MOTION TO DISMISS INDICTMENT FOR SYSTEMATIC UNDERREPRESENTATION OF BLACK AMERICANS IN GRAND JURY

10:34 am: Court convenes. Testimony taken. 12:15-1:15pm: Lunch: 1 Hr. 1:15pm: Testimony continues. 5:21pm: Court recesses. Hearing to reconvene on 12-7-05 at 9:15 am.

## CONTINUATION OF PROCEEDINGS:

12-7-05:
9:14am: Court reconvenes. Testimony continues.
11:40am: Deft rests; Deft's oral Motion Dismiss Indictment; Court's oral order denying oral motion to dismiss; Govt. begins testimony.
12:00-12:45pm: Lunch.
2:45-3:15pm: Recess.
4:54pm: Court is recessed until 12-9-05.

## CONTINUATION OF PROCEEDINGS:

12-9-05:
10:14 am: Court reconvenes. Witness Daniel Todd takes the 5th adminment and will not testify.
Preliminary matters taken up.
10:38 am: Court is recessed.