IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __EASTERN__ DIVISION

UNITED STATES OF AMERICA

VS.                                    CR. NO. 3:05cr234-A

TYRONE WHITE

## WITNESS LIST  11-30-05

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. Billy Smith |
| 2. | 2. Jerry Stimson |
| 3. | 3. James Cox |
| 4. | 4. Shenard Pitts |
| 5. | 5. Michele Pitts |
| 6. | 6. Mitchell Giles |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, _____EASTERN_____ DIVISION

UNITED STATES OF AMERICA

vs.   CR. NO. 3:05cr234-A

TYRONE WHITE

12-7-05

## WITNESS LIST

**GOVERNMENT**

1. Gary Black
2. MonKevin Cobb
3. Edward Spencer
4. Jackie Vickers
5. Kelvin King
6. Jerry Holder
7. Paul Houston
8. Christian Deeb

**DEFENDANT**

1. Adam Floyd
2. Daniel Todd
3. Winfred White
4. Myrtis Henderson
5. Willis Bass
6. Donald Copeland
7. Norman Pitts