AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES
V.
TYRONE WHITE

EXHIBIT AND WITNESS LIST

Case Number: 3:05-CR-0234-A

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D. R. BOYD, MAGISTRATE JUDGE | BROWN, AUSA | MCPHILLIPS |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY S. LONG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 11-30-05 | ✓ | Yes | Stinson, GJ Testimony |
| B | | " | ✓ | Yes | Pitts, 8-10-05 statement |
| C | | " | ✓ | Yes | Pitts, Plea Bargain |
| D | | " | ✓ | Yes | Giles, Statement, 7-22-05 |
| E | | " | ✓ | Yes | Giles, GJ Testimony |
| F | | 12-7-05 | ✓ | Yes | Fine 2nd DUI |
| OBJ. G | | " | ✓ | Yes | 5-16-05 Phone Note |
| H | | " | ✓ | Yes | Telephone records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

### DEFENDANT'S EXHIBITS FOR USE AT EVIDENTIARY HEARING

COMES NOW the Defendant, Tyrone White, and submits the following list of exhibits, which he intends to use at the evidentiary hearing, set for November 30, 2005, before Magistrate Judge Delores Boyd.

*yes* 1. Superceding Indictment, November 15, 2005;

*yes* 2. Transcribed Statement of Nora Henderson, September 14, 2005;

*yes* 3. Transcribed Statement of Willis Edward Bass, September 14, 2005;

*yes* 4. Transcribed Statement of Norman Pitts, September 12, 2005;

*yes* 5. Transcribed Statement of Donald Lee Copeland, September 10, 2005;

*yes* 6. Transcribed Statement of Adam Floyd, September 12, 2005;

*yes* 7. Transcribed Statement of Wynford White, Jr., September 10, 2005;

*yes* 8. Subpoena to James Cox, Esq., November 17, 2005;

*yes* 9. Subpoena to Shenard Pitts, November 17, 2005;

*yes* 10. Affidavit of Shenard Pitts, October 18, 2005;

*yes* 11. Subpoena to Jerry Stinson, November 17, 2005;

*yes* 12. Affidavit of Jerry Stinson, October 19, 2005;

*yes* 13. Subpoena to Mitchell Giles, November 17, 2005;

*yes* 14. Affidavit of Mitchell Giles, October 19, 2005;

yes  15. Subpoena to Myrtis (Nora) Henderson, November 17, 2005;

yes  16. Affidavit of Myrtis (Nora) Henderson, October 24, 2005;

yes  17. Subpoena to Willis Edward Bass, November 17, 2005;

yes  18. Affidavit of Willis Edward Bass, October 24, 2005;

yes  19. Subpoena to Norman Pitts, November 17, 2005;

yes  20. Affidavit of Norman Pitts, October 24, 2005;

yes  21. Subpoena to Donald Lee Copeland, November 17, 2005;

yes  22. Affidavit of Donald Lee Copeland, October 24, 2005;

yes  23. Subpoena to Adam Floyd, November 17, 2005;

yes  24. Affidavit of Adam Floyd, October 24, 2005;

yes  25. Subpoena to Winfred White, Jr., November 17, 2005;

yes  26. Affidavit of Winfred White, Jr., October 24, 2005;

yes  27. Subpoena to Michelle Cobb, November 17, 2005;

yes  28. Subpoena to Daniel Todd, November 17, 2005;

yes  29. Affidavit of Gary Black, Esq., November 29, 2005;

30. UTC Master List - 2004-2005

31. [illegible]

RESPECTFULLY SUBMITTED this 30th day of November 2005,

TYRONE WHITE
Defendant

/s/ Julian L. McPhillips, Jr.
JULIAN L. McPHILLIPS, JR.
Attorney for Defendant
Alabama Bar No. MCP004
McPhillips Shinbaum, LLP
Post Office Box 64
Montgomery, AL 36101
(334) 262-1911