## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. Delores Boyd                    MAG. JUDGE    AT Montgomery , ALABAMA

DATE COMMENCED    12-9-2005              AT 9:30 (A.M.)/P.M.

DATE COMPLETED    12-9-2005              AT 10:13 A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | |
| | ) | (Criminal |
| TYRONE WHITE | ) | Case No. 3:05cr234-A |
| | ) | X(Civil |
| | ) | |
| | ) | |

| PLAINTIFF/GOVERNMENT | | DEFENDANT |
|---|---|---|
| Todd Brown | ) | Julian McPhillips |
| David Cook | ) | Allison Highley |
| | ) | |

### COURT OFFICIALS PRESENT
S. Q. Long, Jr., Clerk            Michele Dearing, Law Clerk

### PROCEEDINGS

( )  NON-JURY TRIAL
(X)  OTHER PROCEEDING: HEARING ON DEFT'S MOTION TO QUASH SUBPOENA & DELAY HEARING

9:30am Court convenes.
          Oral Argument Held.
10:13 am. Court is recessed.