|  | | | UNITED STATES |
|---|---|---|---|
| DEFENDANT'S | | | vs. |
| **EXHIBITS** | | | TYRONE WHITE |
| | | | **CASE NO.** 3:05cr234-A |

EXHIBIT TO HEARING ON MOTION TO QUASH SUBPOENAS

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 12-9-05 | 12-9-05 | 1 | - - - - - | | 9-6-2005 McPhillips letter to Brown |