## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
☐ Northern   ☐ Southern   ☑ Eastern

HON. Delores Boyd  AT Montgomery, Alabama

DATE COMMENCED 12-9-2005  @ 10:39 ☑ a.m. ☐ p.m

DATE COMPLETED 12-9-2005  @ 11:14 ☑ a.m. ☐ p.m

CASE NO. 3:05cr234-A

UNITED STATES OF AMERICA              TYRONE WHITE

VS.

Plaintiff(s)                           Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**           **Defendant(s)**
Todd Brown                             Julian McPhillips
                                       Allison Highley

### COURT OFFICIALS PRESENT:

Ctrm Clerk: ___   Crt Rptr: ___
Law Clerk: ___   Interpreter: ___
USPO/USPTS: ___   Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference    ☐ Oral Argument       ☐ Evidentiary Hrg.
☐ Revocation           ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.    ☐ Sentencing
☐ Non-Jury Trial       ☐ Revocation/Prtrl/SupvRel/Prob
☑ Other ___

Pending Motions: Supplemental **Pretrial Conference**
Discovery Status: Complete   Plea Status: ___
Trial Status/Length: ___     Trial Term: ___