IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | 3:05-CR-234-A |
| | ) | [wo] |
| | ) | |
| TYRONE WHITE | ) | |

**O R D E R ON MOTION**

For good cause, it is

**ORDERED** that the United States' *Motion to Disclose Defense Witnesses* **(Doc. 82, Dec. 1, 2005)**, is due to be, and is hereby, **GRANTED.**

Done this 9th day of December, 2005.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE