IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-A |
| TYRONE WHITE ) | |

**ORDER**

Following a hearing held this day on the Government's Motion for Protective Order (Doc. #34), filed on November 4, 2005, and for the reasons stated in open court, it is hereby

ORDERED that the motion is DENIED, without prejudice to re-filing by the United States if deemed appropriate based on future conduct.

DONE this 15th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE