# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| DATE COMMENCED: | December 15, 2005 | AT: | 2:00 p.m. |
|---|---|---|---|
| DATE COMPLETED: | December 15, 2005 | AT: | 3:12 p.m. |

UNITED STATES OF AMERICA )
)
vs. )
) CR. No. 3:05cr234-A
)
TYRONE WHITE )

### APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Todd Brown | Julian McPhillips |
| David Cooke | Allison Highley |

### COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter
Elna Behrman, Courtroom Deputy

Lisa Harden, Law Clerk

### COURTROOM PROCEEDINGS

(X)   **HEARING ON GOVERNMENT'S MOTION FOR PROTECTIVE ORDER**

Hearing commences.
Governments plays a video of news reports from WTVM (Columbus) and WSFA (Montgomery) regarding case.
Government argues the motion.
Defendant responds.
Government replies.
Court will not enter an order at this point but encourages the parties to properly conduct themselves and to file early motions in limine.
If problems continue after today's hearing, the Government may re-file its motion.
Court orally DENIES the motion without prejudice to re-filing.
Court is adjourned.

3:12 p.m. - 3:17 p.m. -   Conference with attorneys (off the record).