AO 187 (Rev. 7/87) Exhibit and Witness List          Page ____ of ____ Pages

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

TYRONE WHITE

**EXHIBIT LIST**

Case Number: 3:05cr234-A

| PRESIDING JUDGE W. Harold Albritton | PLAINTIFF'S ATTORNEY Todd Brown | DEFENDANT'S ATTORNEY Julian McPhillips |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER Jimmy Dickens | COURTROOM DEPUTY Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| D | | 12/15/05 | | X | Copies of newspaper articles |
| E | | 12/15/05 | | X | Copies of newspaper articles |

EXHIBITS MAINTAINED IN SEPARATE ENVELOPE WITH COURT FILE.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages