IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
                                   )
v.                                 )        3:05-CR-234-A
                                   )
                                   )
TYRONE WHITE                       )

**O R D E R**

Pursuant to Defendant's *Motion to Dismiss Count* (Doc. 103, filed December 19,

2005), it is

**ORDERED** that the United States show any cause on or before **January 9, 2006**,

why this motion should not be granted.


Done this 20th day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE