IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| **TYRONE WHITE** | ) | |

**MOTION FOR EXTENSION OF TIME
FOR GOVERNMENT TO FILE RESPONSE TO SHOW CAUSE ORDER**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the instant motion for extension of time for Government to file its' response to this Court's show cause Order (doc. #104), as submits the following:

1.  The transcript of Motions to Dismiss Indictment, for Protective Order, and for Sanctions hearing was filed on December 30, 2005.  Due to the holidays, this date, January 3, 2006, is the first date that the undersigned would have to review the transcript and prepare a response.  The undersigned attorney is scheduled to be in out-of-state training the entire week of January 3 through January 6, 2006, and requests an extension in which to respond to this Court's show cause Order.

2.  Defense counsel has been contacted regarding this matter and does not object to the extension.

3.  Based on the foregoing, the United States respectfully asks this Court to grant an extension for the government to file its' response.

Respectfully submitted this the 3rd day of January, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        ASB-1901-O64T   Todd.Brown@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO: 3:05-CR-0234-A** |
| ) | |
| **TYRONE WHITE** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Julian McPhillips, Esquire and Allison H. Highley, Esquire.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
ASB-1901-O64T
Todd.Brown@usdoj.gov