IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:05-CR-234-A |
| | ) | [wo] |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER ON MOTION

After consideration of the United States' *Motion for Extension of Time for Government to File Response to Show Cause Order* (Doc. 108, filed Jan. 3, 2006), for good cause shown, it is **ORDERED** that:

1. The *Motion* (Doc. 108) is **GRANTED**.

2. The United States' deadline to show any cause why the Defendant's motion to dismiss count (Doc. 103) and his supplemental motion (Doc. 105) should not be granted is extended to January 20, 2006.

Done this 4th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE