IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| **TYRONE WHITE** | ) | |

**MOTION FOR EXTENSION OF TIME
FOR GOVERNMENT TO FILE POST-HEARING BRIEF IN RESPONSE
TO DEFENDANT'S MOTION TO DISMISS INDICTMENT
AND FOR SANCTIONS**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the instant motion for extension of time for Government to file its response to defendant's motion (Doc. #39), and submits the following:

1. Defendant's brief was originally due on December 28, 2005, and the Government's brief was due to be filed not later than twenty (20) days later, on January 17, 2006. Due to the fact that the transcript of Motions to Dismiss Indictment, for Protective Order, and for Sanctions hearing was not expected to be filed until December 30, 2005, defense counsel filed a motion (Doc. #106) for a deadline extension of no sooner than January 6, 2006. That motion was granted by Stamped Order (Doc. #107).

2. Defense filed his brief on January 10, 2006. The Government requests an extension allowing twenty (20) days from that date, as originally scheduled, to January 30, 2006.

3. Defense counsel has been contacted regarding this matter and does not object to the extension.

4. Based on the foregoing, the United States respectfully asks this Court to grant an extension for the government to file its brief.

Respectfully submitted this the 12th day of January, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        ASB-1901-O64T   Todd.Brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| **TYRONE WHITE** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Julian McPhillips, Esquire and Allison H. Highley, Esquire.

                              Respectfully submitted,

                              LEURA GARRETT CANARY
                              UNITED STATES ATTORNEY

                              /s/ Todd A. Brown
                              TODD A. BROWN
                              Assistant United States Attorney
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              (334) 223-7280
                              (334) 223-7135 fax
                              ASB-1901-O64T
                              Todd.Brown@usdoj.gov