IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:05-CR-234-WHA |
| | ) | [wo] |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER ON MOTION

After consideration of the United States' unopposed[1] *Motion for Extension of Time for Government to File Post-Hearing Brief in Response to Defendant's Motion to Dismiss Indictment and for Sanctions* (Doc. 111, filed Jan.12, 2006), for good cause shown, it is **ORDERED** that:

1. The *Motion* (Doc. 111) is **GRANTED**.

2. The United States' deadline to file its post-hearing brief is extended to January 30, 2006.

Done this 17th day of January, 2006.

                **/s/ Delores R. Boyd**
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE

---

[1] The motion states that defense counsel does not object to the extension.