IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

## MOTION TO AMEND RESPONSE

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-styled motion, as follows:

On today's date the United States filed a response to this Court's show cause order. (Doc. #104). However, the response was inadvertently titled "Motion to Disclose Defense Witnesses." The United States respectfully requests this filing be amended to have the appropriate title: "Response to Show Cause Order."

Respectfully submitted this the 20th day of January, 2006.

                        LEURA GARRETT CANARY
                        UNITED STATES ATTORNEY

                        /s/ Todd A. Brown
                        TODD A. BROWN
                        Assistant United States Attorney
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        (334) 223-7280
                        (334) 223-7135 fax
                        ASB-1901-O64T
                        Todd.Brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| TYRONE WHITE | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Julian McPhillips, Esquire.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
ASB-1901-O64T
Todd.Brown@usdoj.gov