**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JAN 2 0 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr234-A |
| | ) | [18 USC 1951(a); |
| | ) | 18 USC 1512(b)(3)] |
| | ) | |
| TYRONE WHITE | ) | **SUPERSEDING INDICTMENT** |

**The Grand Jury charges:**

## INTRODUCTION

At all times relevant to this Indictment, TYRONE WHITE, was an appointed public official in Auburn, Alabama, namely: a police officer for the City of Auburn, Alabama:

## COUNT 1

From an unknown date, but during about September 2004, the exact dates being unknown to the grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from D.T., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded and accepted money from D.T. in exchange for treating D.T. favorably in connection with a pending City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

From an unknown date, but during about February 2005, the exact dates being unknown to

the grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from E.K., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded and accepted money from E.K. in exchange for treating E.K. favorably in connection with a pending City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 3

From an unknown date, but beginning in or about April 2005, and occurring up to in or about May 2005, the exact dates being unknown to the grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from J.W., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded and accepted money from J.W. in exchange for treating J.W. favorably in connection with a pending City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 4

From an unknown date, but during about May 2005, the exact dates being unknown to the

grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from J.W., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded money from J.W. in exchange for treating J.W. favorably in connection with a pending City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 5

From an unknown date, but beginning in or about April 2005, and occurring up to in or about June 2005, the exact dates being unknown to the grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from P.S., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded and accepted money from P.S. in exchange for treating P.S. favorably in connection with a pending City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 6

From in or about April 2005, through in or about September 2005, the exact dates being

unknown to the grand jury, in Lee County, within the Middle District of Alabama, and elsewhere, the defendant,

TYRONE WHITE,

did knowingly use intimidation, threaten, and corruptly persuade P.S., and attempted to do so, with intent to hinder, delay, and prevent the communication of information to a law enforcement officer and judge of the United States relating to the commission and possible commission of a Federal offense, as described in Count 5 of this Indictment, in violation of Title 18, United States Code, Section 1512(b)(3).

### COUNT 7

From an unknown date, but in or about August, 2002, the exact date being unknown to the grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from M.C., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded and accepted money from M.C. in exchange for treating M.C. favorably in connection with a pending City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

### COUNT 8

From an unknown date, but beginning in or about 2004, the exact date being unknown to the grand jury, in Lee County, within the Middle District of Alabama, the defendant,

TYRONE WHITE,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained United States currency, not due him or his office, from M.C., with his consent, induced by wrongful use and threat of use of fear and under color of official right, specifically, the defendant demanded and accepted money from M.C. in exchange for treating M.C. favorably in connection with a potential City of Auburn Municipal Court case, in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Todd A. Brown
Assistant United States Attorney

5