IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-234-WHA |
| | ) | [WO] |
| TYRONE WHITE | ) | |

### ORDER ON MOTION

The United States' *Motion to Amend Response* (Doc. 116, Jan. 20) reports that its pleading filed on Jan. 20, 2006 (Doc. 115) "was inadvertently titled 'Motion to Disclose Defense Witnesses'" and thus requests that it be amended to reflect the intended title. For good cause, it is

**ORDERED** that the *Motion to Amend Response* (Doc. 116) is **GRANTED**. Accordingly, the Clerk is DIRECTED to re-docket the *Motion* now docketed *as Motion to Disclose Defense Witnesses* (Doc. 115) as the United States' *Response to Show Cause Order*.

Done this 26th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE