IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 3:05-cr-234-A |
| | * | |
| Tyrone White | * | |

NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this his Notice of Appearance on behalf of the Defendant in the above-styled cause and requests that all notices, correspondence, pleadings, orders and any other documents be served upon him at the address shown below.

Respectfully submitted this ____ day of February____, 2006.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 8/2 day of February, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197