| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:14 - 11:18 |

√ ARRAIGNMENT  ❑ CHANGE OF PLEA  ❑ CONSENT PLEA
❑ RULE 44(c) HEARING  ❑ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr234-WHA-DRB  **DEFENDANT NAME:** Tyrone White
**AUSA:** David Cooke  **DEFENDANT ATTORNEY:** Russell Duraski/Allison Highley
Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? (√)NO; ( )YES   Name:

---

❑ This is defendant's **FIRST APPEARANCE.**
❑ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❑ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❑ **WAIVER OF INDICTMENT** executed and filed.
❑ **INFORMATION** filed.
❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**  √ Not Guilty *(Superseding Indictment)*
     ❑ Guilty as to:
         ❑ Count(s):
         ❑ Count(s):     ❑ dismissed on oral motion of USA
                          ❑ to be dismissed at sentencing
❑ Written plea agreement filed  ❑ **ORDERED SEALED**
❑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ **CRIMINAL TERM:** Already set on 3/27/06 Cr Term   ❑ WAIVER OF SPEEDY TRIAL filed.
**DISCOVERY DISCLOSURE DATE:** Additional discovery to be turned over by 2/22/06.
❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:
         ❑ Trial on _____; ❑ Sentencing on _____
❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
         ❑ Trial on _____; or ❑ Sentencing on _____
❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed
              ❑ Defendant requests time to secure new counsel

**\*\*Mr. Duraski states he will be filing a motion to continue trial to 6/26/06 Cr Term with a Speedy Trial Waiver.  Government has no objections.**