IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

**MOTION TO WITHDRAW**

COMES NOW Julian L. McPhillips, Jr., an attorney of record in the above-referenced case, and respectfully moves this Court for permission to withdraw from his representation of Tyrone White, the Defendant. As reasons, Mr. McPhillips states:

1.  Attorney Russell Duraski has entered an appearance on behalf the defendant. Attorney Allison Highley intends to remain on the case.

2.  Mr. Duraski has assumed the role of lead attorney, with the consent of the defendant, Tyrone White. Therefore, the undersigned, who had been the lead attorney thus far, respectfully requests that he be permitted to withdraw, and such a request to withdraw has been consented to by the defendant.

WHEREFORE, premises considered, the undersigned respectfully requests leave of this Court to withdraw from this case, effective immediately.

RESPECTFULLY SUBMITTED this 9th day of February 2006.

/s/ Julian L. McPhillips, Jr.
JULIAN L. MCPHILLIPS, JR.
Alabama Bar No. MCP004
McPhillips Shinbaum LLP
Post Office Box 64
Montgomery, Alabama 36101
(334) 262-1911

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the government, represented by Assistant United States Attorneys Todd A. Brown and Karl David Cooke, Jr.

/s/ Julian L. McPhillips, Jr.
JULIAN L. MCPHILLIPS, JR.