IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DISTRICT

RECEIVED
2006 FEB P 12: 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 3:05-cr-234-A |
| | * | |
| **Tyrone White** | * | |

## MOTION TO CONTINUE

Comes now the Defendant in the above-styled matter, by and through his attorney of record, and files this his MOTION TO CONTINUE and shows to the Court as follows:

1. This matter is set for Trial on March 27, 2006.

2. The Defendant had previous counsel which has been subpoenaed by the United States Attorney as a witness. This action has necessitated that the defendant retain independant new counsel.

3. New counsel needs additional time to prepare for trial.

4. In addition to the above stated reasons, a Superseding Indictment has been returned against the defendant which adds additional counts. The defendant was arraigned on the new indictment on February 8, 2006; however the U.S. Attorney needs an additional two weeks to complete

discovery on the new charges.

5. The United States Attorney does not oppose this request for a continuance.

Wherefore, the Defendant respectfully requests that this matter be rescheduled for the June 26, 2006 trial term.

*/s/ Russell T. Duraski*
Russell T. Duraski  (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 10th day of February, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197