IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No.: 3:05-CR-234-A |
| | * | |
| **Tyrone White** | * | |

**Waiver of Right to Speedy Trial**

Comes now the Defendant in the above-styled matter and Waives his Right to Speedy Trial pursuant to the Sixth Amendment to the United States Constitution and the Speedy Trial Act.

Dated this 10th day of February, 2006.

_____
Tyrone White
Defendant

_____
Russell T. Duraski (DUR007)
Attorney for Defendant