IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                       ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE              ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. #126), filed by Attorney Julian L. McPhillips, Jr. on February 9, 2006, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that Julian L. McPhillips is allowed to withdraw as attorney of record for the Defendant, Tyrone White, and shall have no further responsibility to act on Mr. White's behalf in this case in any way.

DONE this 13th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE