IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE ) | |

## **ORDER**

This case is before the court on the Motion to Continue (Doc. #128), filed on February 10, 2006, by new counsel for the Defendant. The United States does not oppose the motion, and the Defendant has filed a Waiver of Right to Speedy Trial (Doc. #129). New counsel for the Defendant has just recently filed an appearance, and the Defendant was arraigned on a superceding indictment on February 8, 2006. For the reasons that new defense counsel is in need of additional time to prepare the defense and additional time is needed for completion of discovery on new charges, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and, as requested by the Defendant, the trial of this case is CONTINUED to the term of court commencing June 26, 2006.

DONE this 13th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE