IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 FEB 24 A 10: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 3:05-cr-234-A |
| | * | |
| **Tyrone White** | * | |

## DEFENSE NOTICE REGARDING PENDING MOTIONS

Comes now the undersigned counsel for the Defendant and files this his NOTICE REGARDING PENDING MOTIONS and shows as follows:

1. Counsel has reviewed the pending motions and has met with the Assistant U.S. Attorney in this matter and they have reached an agreement regarding the motions as follows:

Doc. No.

(a) 39     Since there has been a lengthy hearing on this matter the parties agree that this matter has been submitted and should be ruled on by the court to simply complete the record.

(b) 40     This motion is withdrawn by the Defendant.

(c) 72     This motion is withdrawn by the Defendant.

| | | |
|---|---|---|
| (d) | 73  | This motion is withdrawn by the Defendant. |
| (e) | 74  | This motion is withdrawn by the Defendant. |
| (f) | 103 | This motion is withdrawn by the Defendant. |
| (g) | 105 | This motion is withdrawn by the Defendant. |
| (h) | 112 | The parties have discussed this matter and the Assistant U.S. Attorney has agreed to look into the return of certain property. The parties expect to resolve this issue within the next two weeks and withdraw this motion at that time. |
| (i) | 113 | This motion is due to be denied as moot. |

Respectfully submitted this 24th day of February, 2006.

/s/ Russell T. Duraski
Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
Email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 24th day of February, 2006.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197