IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:05-CR-234-A |
| | ) | |
| | ) | |
| TYRONE WHITE | ) | |

## ORDER ON MOTIONS

Pursuant to the *Defense Notice Regarding Pending Motions* filed February 24, 2006 (Doc. 132), it is, for good cause,

**ORDERED** as follows regarding the pending motions herein:

A. *Defendant's Motion to Compel* (Doc. 113, filed 01/16/2006) is DENIED AS MOOT.

B. The following-styled motions, having been WITHDRAWN by the Defendant, shall be terminated accordingly by the Clerk:

| *Doc. No.* | *Motion* | *(filing date)* |
|---|---|---|
| 40 | Motion to Dismiss Counts | (11/16/2005) |
| 72 | Third MOTION to Dismiss Indictment | (11/29/2005) |
| 73 | Second MOTION Challenging Petit Jury Composition | (11/29/2005) |
| 74 | Motion for Discovery | (11/29/2005) |
| 103 | Motion to Dismiss | (12/19/2005) |
| 105 | Supplemental Motion to Dismiss Count | (12/20/2005) |

C.  Upon notice of the parties' continuing discussions to resolve *Defendant's Motion for Sanctions* (Doc.112, 01/16/2006), *the court will stay its deliberations until March 13, 2006, and defendant's counsel shall provide a status report on or before that date.*

D.  The ***sole motion now fully submitted for ruling*** is *Defendant's Motion to Dismiss Indictment and for Sanctions* (**Doc. 39, filed 11/16/2005**), concerning which the defense notice represents: *"Since there has been a lengthy hearing on this matter the parties agree that this matter has been submitted and should be ruled on by the court to simply complete the record."*   Accordingly, the undersigned shall proceed with deliberations for a Recommendation in due course, and *the Clerk is instructed to ensure that this motion appears as a pending motion.*

DONE THIS 24th DAY OF FEBRUARY, 2006.

/s/ Delores R. Boyd
Delores R. Boyd
United States Magistrate Judge