IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *   Case No. 3:05-cr-234-A |
| | * |
| Tyrone White | * |

## DEFENSE ATTORNEY'S NOTICE
## REGARDING TRIAL SCHEDULE

Comes now the undersigned attorney as counsel for the Defendant on the above-styled case and files this his NOTICE REGARDING TRAIL SCHEDULE and shows as follows:

1. This matter is set for trial on June 26, 2006.

2. The undersigned is scheduled to be in St. Louis, Missouri on June 30, 2006.

Wherefore, the undersigned requests that this matter be set first for trial on June 26, 2006.

Respectfully submitted this 3rd day of March, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 3rd day of March, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197