IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE ) | |

### **ORDER**

This case is before the court on defense attorney's Notice Regarding Trial Schedule (Doc. #134).

The court does not at this point know what other cases will be on the trial docket for the term commencing June 26, 2006, or what scheduling problems may exist with any of those cases. Defense counsel is DIRECTED to take this request up for discussion with the Magistrate Judge and opposing counsel at the pretrial hearing.

DONE this 13th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE