IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAR 17 A 9: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 3:05-cr-234-WHA |
| | * | |
| Tyrone White | * | |

STATUS REPORT

Comes now the Defendant in the above-styled matter and files this STATUS OF REPORT and shows as follows:

1. This report is in regard to Document 112 of the Defendant's previous MOTION FOR SANCTIONS.

2. This matter has been resolved by the return of certain personal property from the U.S. Attorney's Office to Defendant's counsel on March 15, 2006.

Wherefore, Document 112 may be denied as moot.

Respectfully submitted this _16th_ day of _March_, 2006.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 16th day of March, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197