IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-234-A |
| | ) | |
| TYRONE WHITE | ) | |

### ORDER ON MOTION

Upon consideration of Defendant's *Status Report* advising that he has resolved satisfactorily the United States the matter in controversy (Doc. 137, filed March 17, 2006), it is

**ORDERED** that the *Motion for Sanctions for Abuse of Process and for Return of Property Wrongfully Seized* (Doc. 112, filed January 16, 2006), is **DENIED AS MOOT.**

Done this 20th day of March, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE