IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #135), entered on March 7, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that Defendant's Motion to Dismiss and for Sanctions (Doc. #39) is DENIED.

DONE this 22nd day of March, 2006.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE