| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** May 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | |
| | **DIGITAL RECORDING:** 10:54 - 11:00 |

- ❏ INITIAL APPEARANCE
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- ❏ ARRAIGNMENT
- √ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ❏ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 3:05cr234-WHA   **DEFT. NAME:** Tyrone White

**USA:** Terry Moorer   **ATTY:** Russell Duraski

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:**

Defendant ____ does ____ does NOT need an interpreter; NAME _____

---

- ❏ Kars.   Date of Arrest _____ or ❏ karsr40
- ❏ kia.   Deft. First Appearance. Advised of rights/charges. ❏ Pro/Sup Rel Violator
- ❏ Finaff.   Financial Affidavit executed ❏ to be obtained by PTS; ❏ **ORAL** Motion for Appt. Of Counsel.
- ❏ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ❏ 20appt.   Panel Attorney Appointed; ❏ to be appointed - prepare voucher
- ❏   Deft. Advises he will retain counsel. Has retained _____
- ❏   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion;
- ❏   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❏   **DETENTION HRG** ❏ held; ❏ set for _____; ❏ **Prelim. Hrg** ❏ Set for _____
- ❏ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❏ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ❏ kocondrls.   Release order entered. ❏ Deft. advised of conditions of release.
- ❏ kbnd.   ❏ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❏ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ❏ ko.   Deft. **ORDERED REMOVED** to originating district
- ❏ kwvprl.   Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❏   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
  √ Trial Term   10/24/06   ; ❏ **PRETRIAL CONFERENCE DATE:** _____
  √ **DISCOVERY DISCLOSURES DATE:**  5/26/06
- ❏ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❏ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.