IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:05-CR-234-A |
| ) | |
| TYRONE WHITE ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Allison Hale Highley, an attorney of record in the above-referenced case, and respectfully moves this Court for permission to withdraw from her representation of Defendant Tyrone White. As reasons, Ms. Highley states:

1. A third superseding indictment was entered in this case on May 2, 2006. Count 14 of this indictment represents the addition of a new charge to the previous indictments. The undersigned has reason to believe that Count 14 is related to matters about which she was subpoenaed by the government to testify before a grand jury.

2. Defendant White has consented to the withdrawal and is represented by Attorney Russell T. Duraski, who intends to continue as defense counsel. Therefore, the defendant will not be prejudiced by the undersigned's withdrawal.

WHEREFORE, for the reasons stated above, the undersigned respectfully requests leave of this Court to withdraw from this case, effective immediately.

RESPECTFULLY SUBMITTED this 19th day of May 2006.

/s/ Allison Hale Highley
ALLISON HALE HIGHLEY
Washington Bar No. 34145
McPhillips Shinbaum LLP
Post Office Box 64
Montgomery, Alabama 36101
(334) 262-1911

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the government, represented by Assistant United States Attorneys Todd A. Brown and Karl David Cooke, Jr., and to Attorney Russell T. Duraski, counsel for the defendant.

/s/ Allison Hale Highley
ALLISON HALE HIGHLEY
.