IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #156), filed on May 19, 2006, by Allison Hale Highley, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that Allison Hale Highley is allowed to withdraw as attorney of record for the Defendant, Tyrone White. Ms. Highley will have no further responsibility in regard to the Defendant White, who will continue to be represented by Russell T. Duraski.

DONE this 22nd day of May, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE