## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern  ☐ Southern  ☒ Eastern

HON. **Delores Boyd** AT **Montgomery**, Alabama

DATE COMMENCED **7-17-2006** @ **10:57** ☒ a.m. ☐ p.m

DATE COMPLETED **7-17-2006** @ **11:00** ☒ a.m. ☐ p.m

CASE NO. **3:05CR234-WHA**

UNITED STATES OF AMERICA   vs.   TYRONE WHITE
*Plaintiff(s)*                          *Defendant(s)*

### APPEARANCES

**Plaintiff(s)/Government**: David Cooke

**Defendant(s)**: Russ Duraski

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

### PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☒ **Pretrial Conference**

Pending Motions: **None**
Discovery Status:
Plea Status: **Trial**
Trial Status/Length: **5 Days**
Trial Term: **10-24-06**