IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>3:05-cr-234-WHA-DRB</u> |
| | ) | |
| TYRONE WHITE and ADAM FLOYD | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that the testimony of SAWELIJA TYREE FLOYD is material and necessary at trial and that said witness is now in custody of Lee County Jail, Opelika, Alabama, and that trial is set for October 30, 2006, at 9:00 a.m., before this Honorable Court to be held in Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM addressed to Lee County Jail, Opelika, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 12th day of October, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN    ASB-1901-O64T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280  Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov