IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-234-WHA-DRB |
| | ) | |
| TYRONE WHITE and ADAM FLOYD | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad testificandum (Doc. #   ), filed October 12, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD TESTIFICANDUM addressed to Lee County Jail, Opelika, Alabama, commanding it to deliver SAWELIJA TYREE FLOYD to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on October 30, 2006, at 9:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

_____
UNITED STATES MAGISTRATE JUDGE