**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.: 3:05CR234-WHA** |
| | ) | |
| **TYRONE WHITE** | ) | |
| **ADAM FLOYD** | | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE WARDEN AND/OR KEEPER OF THE**    **LEE COUNTY JAIL**
                                 **AT**    **OPELIKA, ALABAMA**

and

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY
OTHER UNITED STATES MARSHAL:**

**GREETINGS:**

       We command you, that you have the body of  **SAWELIJA TYREE FLOYD** , a prisoner in your

institution and under your control, as it is said, under safe and secure conduct, to appear before the United

States District Court for the Middle District of Alabama, in the courtroom of said court, in the city of

Montgomery  on **October 30, 2006**  at **9 :00 a.m.**, then and there to testify and speak the truth according to his

knowledge, on the part of the defendant  in the above-styled cause; and thereafter, that you return the said

prisoner to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT**

      DONE, this the 12th  day of October, 2006.

                    DEBRA P. HACKETT, CLERK
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF ALABAMA

                    BY: _____
                       DEPUTY CLERK