IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 03:05-CR-234-WHA -DRB |
| TYRONE WHITE and ADAM FLOYD ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody **MONKEVIN COBB**, into the custody of Special Agents Paul Houston, Steve McCraney, and/or Christian Deeb, Federal Bureau of Investigation, on October 24, 2006, through January 1, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Paul Houston, Steve McCraney, and/or Christian Deeb to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 23rd day of October, 2006.

　　　　　　　　　　　　　　　　　　　　LEURA G. CANARY
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　s/Todd A. Brown
　　　　　　　　　　　　　　　　　　　　TODD A. BROWN    ASB-1901-O64T
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　One Court Square, Suite 201
　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　　　　Phone: (334)223-7280   Fax: (334)223-7135
　　　　　　　　　　　　　　　　　　　　E-mail: todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. <u>03:05-CR-234-WHA -DRB</u> |
| v.   ) | |
| ) | |
| TYRONE WHITE and ADAM FLOYD   ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Russell Duraski, Esquire, and Jeffrey Duffey, Esquire.

                                                  LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

                                                  s/Todd A. Brown
                                                  TODD A. BROWN
                                                  Assistant United States Attorney
                                                  One Court Square, Suite 201
                                                  Montgomery, AL 36104
                                                  Phone: (334)223-7280
                                                  Fax: (334)223-7135
                                                  E-mail: todd.brown@usdoj.gov
                                                  ASB-1901-O64T