IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 03:05-CR-234-WHA-DRB |
| v. | ) | |
| | ) | |
| TYRONE WHITE and ADAM FLOYD | ) | |

ORDER

Upon consideration of the government's *Motion for Order Directing the United States Marshal to Release Custody of Prisoner* (Doc. 173 ), filed on October 23, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of **SAWELIJAH TYREE FLOYD** to Special Agents Paul Houston, Steve McCraney, and/or Christian Deeb, Federal Bureau of Investigation, on October 24, 2006, through January 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Paul Houston, Steve McCraney, and/or Christian Deeb shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the 24th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE