## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 24 2006 | AT: | 10:18 p.m. |
| DATE COMPLETED: | October 24 2006 | AT: | 2:50 p.m. |
| | | (Court Time: 2 hr 51 min) | |

UNITED STATES OF AMERICA )
)
vs. )  CR. No. 3:05cr234-WHA
)
TYRONE WHITE and ADAM FLOYD )

APPEARANCES:

GOVERNMENT
Todd Brown
David Cooke

DEFENDANT
Russell Duraski
Jeffery Duffey
Benjamin Schoettker

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy

Lisa Harden, Law Clerk

### JURORS

1. Benjamin Givens
2. Scotty Fincher
3. Lee Ann Woodham
4. David Williams
5. Brenda Davis
6. Emory Stubbs, Jr.
7. Peggy Hall
8. Kenneth Stremski
9. Roger Chambless
10. Duane Beasley
11. Larry Casedy
12. Dildred Bass

### ALTERNATE JURORS

1. Kathy Currington
2. Anna Smith

### COURTROOM PROCEEDINGS

(X)    **Jury Selection**

| | |
|---|---|
| 10:18 a.m. | Court is in session. |
| | Court gives welcoming remarks to jury venire. |
| | Jury is sworn. |
| | General jury qualification for multiple juries begins. |
| 11:27 a.m. | General jury qualification is completed. |

| Time | Event |
|---|---|
| 11:27 a.m. | Jury selection begins. |
| 12:19 p.m. | Court is in recess until 1:15 p.m. |
| 1:25 p.m. | Jury selection continues.<br>Jury is selected.<br>Defendant makes a Batson Challenge (Jurors #32, 37, 52, 58).<br>Court states Defendant has made a prima facie case for the challenge.<br>Defendant states reasons for challenge for each juror. Government responds.<br>Court rules as follows:  Juror #32 (Hamlin) - denies<br>Juror #37 (Massie) - denies<br>Juror #52 (Lamar) - denies<br>Juror #58 (Bass) - sustains and Juror Bass is placed on the jury. |
| 2:50 p.m. | Jury selection is completed and jurors are excused until 10/30/06 at 9:00 a.m. |