IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:05-cr-234-A |
| | ) | |
| TYRONE WHITE | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictments, heretofore filed on November 15, 2005, and January 20, 2006, in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED ON MAY 2, 2006,  the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE