IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CR No. 3:05cr234-WHA |
| | ) |
| TYRONE WHITE, | ) |
| | ) |
| Defendant. | ) |

VERDICT FORM

We the jury find beyond a reasonable doubt the following with regard to Tyrone White:

a. As to Count 1 of the Indictment

　　Guilty　　✓

　　Not Guilty　　____

b. As to Count 2 of the Indictment

　　Guilty　　____

　　Not Guilty　　✓

c. As to Count 3 of the Indictment

　　Guilty　　____

　　Not Guilty　　✓

d. As to Count 4 of the Indictment

　　Guilty　　✓

　　Not Guilty　　____

e. As to Count 5 of the Indictment

　　Guilty　　✓

　　Not Guilty　　____

f. As to Count 6 of the Indictment

    Guilty     ✓

    Not Guilty     _____

g. As to Count 7 of the Indictment

    Guilty     ✓

    Not Guilty     _____

h. As to Count 8 of the Indictment

    Guilty     ✓

    Not Guilty     _____

i. As to Count 9 of the Indictment

    Guilty     ✓

    Not Guilty     _____

j. As to Count 10 of the Indictment

    Guilty     ✓

    Not Guilty     _____

k. As to Count 13 of the Indictment

    Guilty     ✓

    Not Guilty     _____

l. As to Count 14 of the Indictment

    Guilty     ✓

    Not Guilty     _____

SO SAY WE ALL.

_____
Foreperson

Dated: 11 - 3 - 06