AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

TYRONE WHITE and ADAM FLOYD

Court **EXHIBIT LIST**

Case Number: 3:05cr234-WHA

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. Harold Albritton | T. Brown, D. Cooke | Duraski (White); Duffey, Schoettker (Floyd) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31 - 11/3/06 | Risa Entrekin | Elna Behrman |

| Court No. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 |  | 10/31/06 |  | X | Stipulation regarding authentication of documents |
| 2 |  | 11/1/06 |  | X | Stipulation regarding Defendant White's previous attorneys and staff |
| 3 |  | 11/2/06 |  | X | Banking records of Tyrone White |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

```
  287      37              SELECTIVE HISTORY INQUIRY              06/17/05 14:36:47
                      MBR NAME: TYRONE WHITE
  MEMBER NUMBER:    4110677004      HISTORY CODE: S    ACCT ID: 01       BRANCH: 000
  EARLIEST DATE: 050105    LATEST DATE: 061705    AMOUNT:                PRINT: N
  DRAFT NUMBER.:            EFT IND....: N        DESCR.: N              DP\WD:
  ACCOUNT        POST    EFF      TR TXN   CAN      TXN         AFTER    ORDER: D
  TP  ID         DATE    DATE     NB CDE   NBR     AMOUNT      BALANCE   DRAFT NBR
                                                                         /IRA CODE
  S 01           060205  060205   BO AT   03593    177.79-       12.16
  S 01           053105  053105   BO AF   14124      1.00-      189.95
  S 01           053105  053105   29 JV   06245     90.00-      190.95
  S 01           053105  053105   BO AD   05261    275.00       280.95
  S 01           050205  050205   BO AT   20543    177.79-        5.95
  S 01           050205  050205   24 JV   18517   1401.00-      183.74
  S 01           050205  050205   51 CP   18503   1300.00      1584.74  Cash
```

I-INQUIRY REQUEST COMPLETE

F1=SCR F2=FLD F3=RET F4=MNU F7=PRV F8=NXT F9=INT F10=OFF                 01197000


Court's exhibit #3

```
287     37                SELECTIVE HISTORY INQUIRY              06/17/05 15:01:06
                    MBR NAME: TYRONE WHITE                        BRANCH: 000
MEMBER NUMBER:     4110677004      HISTORY CODE: L    ACCT ID:    5   PRINT: N
EARLIEST DATE:           LATEST DATE:         AMOUNT:                 DP\WD:
DRAFT NUMBER.:             EFT IND....: N     DESCR.: N               ORDER: D
ACCOUNT        POST    EFF     TR TXN    CAN       TXN         AFTER
TP   ID        DATE    DATE    NB CDE    NBR      AMOUNT      BALANCE   PRIN AMT(LT CHG)
L         5  060205  060205  BO AT    03592      177.79       5136.54   128.69-( 0.00 )
L         5  053105  053105  BO LP    09313        5.26       5265.23     5.26 ( 0.00 )
L         5  050205  050205  BO AT    20542      177.79       5259.97   130.79-( 0.00 )
L         5  050205  050205  51 LA    18503     1300.00       5390.76   1300.00
                                                                       (     0.00 )
L         5  043005  043005  BO LP    11088        4.09       4090.76     4.09 ( 0.00 )
L         5  040205  040205  BO AT    00417      173.81       4086.67   123.83-( 0.00 )
L         5  033105  033105  BO LP    04264        4.21       4210.50     4.21 ( 0.00 )
L         5  030205  030205  BO AT    10589      173.81       4206.29   127.35-( 0.00 )
L         5  022805  022805  BO LP    14866        4.33       4333.64     4.33 ( 0.00 )
L         5  020205  020205  BO AT    09990      173.64       4329.31   161.60-( 0.00 )
L         5  013105  013105  BO LP    23762        4.49       4490.91     4.49 ( 0.00 )
L         5  012605  012605  25 CP    06628      173.84       4486.42    64.61-(10.00 )
L         5  010205  010205  BO AT    19553        0.14       4551.03     0.00 ( 0.00 )
I-PRESS ENTER TO CONTINUE

F1=SCR F2=FLD F3=RET F4=MNU F7=PRV F8=NXT F9=INT F10=OFF              01197000
```

*Loan*

Royal Federal Credit Union
2915 Pepperell Parkway
Opelika, AL 36801
Phone (334) 745-4711

Date: 10/30/2004          Time: 10:00:53
CAN: 15189                Teller: 25-000
Member: 4110677004        Txn: ALD
TYRONE WHITE

Cash disbursed:    $300.00

REGULAR SHARES                $300.00-
Acct: 01    New Bal:          $211.26

Thank You!
_____
      Signature

See Monique, Nancy or Teresa for your
           lending needs

```
                          Royal Federal Credit Union
                          2915 Pepperell Parkway
                          Opelika, AL 36801
                          Phone (334) 745-4711


        Date: 05/02/2005      Time: 11:56:41
        CAN: 18517            Teller: 24-000
        Member: 4110677004         Txn: ALD
        TYRONE WHITE

        Cash disbursed:    $1,401.00

        REGULAR SHARES              $1,401.00-
        Acct: 01    New Bal:         $163.74

                            Thank You!

        _____
                           Signature

             Our VISA Cards Are Like Magic!
                      Apply Now!

                  See A Loan Officer
           For All Your Lending Needs, Today!
```