AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES

V.

TYRONE WHITE, ADAM FLOYD

Government
**EXHIBIT** AND WITNESS LIST

Case Number: 05-CR-0234-WHA

| PRESIDING JUDGE<br>ALBRITTON | PLAINTIFF'S ATTORNEY<br>BROWN, COOKE | DEFENDANT'S ATTORNEY<br>DURASKI, DUFFEY |
|---|---|---|
| TRIAL DATE(S)<br>10/30/2006 (31) | COURT REPORTER<br>Entrekin | COURTROOM DEPUTY<br>BEHRMAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/31/06 | | ✓ | TRAFFIC TICKET (REVOKED LICENSE) - DANIE CLARK |
| 2 | | 10/31/06 | | ✓ | PLEA BARGAIN REC - DANIE CLARK |
| 3 | | 10/31/06 | | ✓ | TRAFFIC TICKET (REVOKED LICENSE) - TYREE FLOYD |
| 4 | | 10/31/06 | | ✓ | TRAFFIC TICKET (SPEEDING) - JAMILLAH MCCRAY |
| 5 | | 10/31/06 | | ✓ | PLEA BARGAIN REC - JAMILLAH MCCRAY |
| 6 | | 10/31/06 | | ✓ | TRAFFIC TICKET (FLEE, ATT ELUDE) - RECCO COBB |
| 7 | | 10/31/06 | | ✓ | ARREST REPORT (ASLT, RESIST) - RECCO COBB |
| 8 | | 11/1/06 | | ✓ | TRAFFIC TICKET (SPEED) - DANIEL TODD |
| 9 | | 11/1/06 | | ✓ | TRAFFIC TICKET (DUI) - DANIEL TODD |
| 10 | | 11/1/06 | | ✓ | ARREST REPORT - DANIEL TODD |
| 11 | | 11/1/06 | | ✓ | CASE ACTION SUMMARY - DANIEL TODD |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

USA    VS.    White, Floyd     CASE NO. 3:05cr234-WHA

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12 | | 11/1/06 | | ✓ | TRAFFIC TICKET (SPEED) - ELHADJI KA |
| 13 | | 11/1/06 | | ✓ | TRAFFIC TICKET (DUI) - JARVUS WARE |
| 14 | | 11/1/06 | | ✓ | TRAFFIC TICKET (LANE CHANGE) - WARE |
| 15 | | 11/1/06 | | ✓ | TRAFFIC TICKET (WINDOW TINT) - WARE |
| 16 | | 11/1/06 | | ✓ | PLEA BARGAIN REC - WARE |
| 17 | | 11/1/06 | | ✓ | TRAFFIC TICKET (SPEED) - WARE |
| 18 | | 11/1/06 | | ✓ | TRAFFIC TICKET (NO INSUR) - WARE |
| 19 | | 11/1/06 | | ✓ | TRAFFIC TICKET (FLEE/EVADE) - PADRO SMITH |
| 20 | | 11/1/06 | | ✓ | TRAFFIC TICKET (RECKLESS DR) - SMITH |
| 21 | | 11/1/06 | | ✓ | PLEA BARGAIN REC - SMITH |
| 22 | | | | | VERIZON RECORDS - FLOYD - SUBSCRIBER, D TODD |
| 23 | | 11/2/06 | | ✓ | PSC WIRELESS RECORDS - WHITE - WARE, SMITH |
| 24 | | 11/2/06 | | ✓ | VERIZON RECORDS - FLOYD - D TODD |

Margin notes: "withdraw 11/2/06" (next to 17, 18); "withdrawn 11/2/06" (next to 19, 20)

Page 2 of 4 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. White, Floyd    CASE NO. 3:05 cr 234-WHA

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 11/2/06 | | ✓ | PSC WIRELESS RECORDS - WHITE - D TODD |
| 26 | | | | | VERIZON RECORDS - FLOYD - MCCRAY |
| 27 | | | | | VERIZON RECORDS - FLOYD - MCCRAY, D TODD |
| 28 | | 11/2/06 | | ✓ | PSC WIRELESS - WHITE - KA |
| 29 | | | | | NEXTEL RECORDS - COBB - RECCO COBB |
| 30 | | 11/2/06 | | ✓ | ROYAL CREDIT UNION RECS - WHITE |
| 31 | | 11/2/06 | | ✓ | EQUIFAX REPORT - WHITE |
| 32 | | 11/2/06 | | ✓ | FIRST AMERICAN BANK RECS - WHITE |
| 33 | | 11/1/06 | | ✓ | SOUTHTRUST BANK RECS - WARE |
| 34 | | 11/1/06 | | ✓ | AUBURN REVENUE ANALYSIS |
| 35 | | 11/1/06 | | ✓ | CURRICULUM VITAE - CURTIS THOMAS |
| 36 | | 11/1/06 | | ✓ | FBI FORENSIC REPORT - CURTIS THOMAS |
| 37 | | 10/31/06 | | ✓ | ARREST REPORT (PISTOL W/O PERMIT) - MONKEVIN COBB |
| 38 | | 11/1/06 | | ✓ | Digital ~~tape~~ recorder |

Page 3 of 4 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | vs. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 39 | | 11/1/06 | | ✓ | CD copy of digital recorder | |
| 40 | | 11/2/06 | | ✓ | Series of subpoenas to McPhillips and White | |
| 41 | | 11/2/06 | | ✓ | Recorded conversation between Frazier & Ware | |
| 42 | | 11/2/06 | | ✓ | Recorded telephone conversation – White, Ware | |
| 43 | | 11/2/06 | | ✓ | Recorded message – White, Ware | |

Page __4__ of __4__ Pages