AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES
V.
TYRONE WHITE, ADAM FLOYD

Government EXHIBIT AND WITNESS LIST

Case Number: 05-CR-0234-WHA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WHA | BROWN, COOKE | DURASKI, DUFFEY |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31/2006 | Entrekin | BEHRMAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/31/06 | | | APD OFFICER BRETT HOWELL (CT 2) |
| | | 10/31/06 | | | DANIE CLARK (CT 2) |
| | | | | | |
| | | 10/31/06 | | | APD OFFICER BRIAN LYNN (CT 3) |
| | | 10/31/06 | | | SAWELIHA (TYREE) FLOYD (CT 3) |
| | | | | | |
| | | 10/31/06 | | | APD OFFICER MYRON THORNTON (CT 4, 5) |
| | | 10/31/06 | | | JAMILLAH MCCRAY (CT 5) |
| | | | | | |
| | | 10/31/06 | | | RECCO COBB (CT 4) |
| | | 10/31/06 | | | APD OFFICER BRAD BASS |
| | | 10/31/06 | | | APD CORP CLEMON BYRD |
| | | 10/31/06 | | | APD LT TOMMY DAWSON |
| | | | | | |
| | | 10/31/06 | | | APD CORP SCOTT MINGUS (CT 6) |
| | | 10/31/06 | | | MONKEVIN COBB (CT 6,7) |
| | | | | | |
| | | 11/1/06 | | | APD CORP JASON CROOK (CT 8) |
| | | 11/1/06 | | | DANIEL TODD (CT 8) |
| | | | | | |
| | | 11/1/06 | | | APD OFFICER JIM PERRY (CT 9) |
| | | 11/1/06 | | | ELHADJI KA (CT 9) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | TYRONE WHITE, ADAM FLOYD | CASE NO. 05-CR-0234-WHA | | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 11/1/06 | | | APD OFFICER MICHAEL CREIGHTON (CT 10, 11) | |
| | | 11/1/06 | | | APD OFFICER JUDE HACKETT (CT 11) | |
| | | 11/1/06 | | | JARVUS WARE (CT 10, 11) | |
| | | | | | | |
| | | 11/1/06 | | | APD OFFICER LAVARRO BEAN | |
| | | 11/1/06 | | | PADRO SMITH (CT 12) | |
| | | | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| | | 11/1/06 | | | MARY FRAZIER | |
| | | 11/1/06 | | | APD SGT KENNY FRAZIER | |
| | | | | | | |
| | | 11/1/06 | | | APD CAPT JERRY HOLDER (INVEST & TAPE) | |
| | | | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| | | 11/1/06 | | | ATF SPECIAL AGENT THERON JACKSON (PD GUNS) | |
| | | 11/1/06 | | | ANDREA JACKSON, CITY OF AUBURN FINANCE DIRECTOR/TREASURER | |
| | | 11/1/06 | | | CHRIS CREEL, MCPHERSON OIL (GAS FOR PD CARS) | |
| | | | | | TERRY SCHIAVONE, NATIONAL HIGHWAY TRAFFIC SAFETY ADMIN (DUI IMPACT) | |
| | | | | | | |
| | | | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| | | | | | JULIAN MCPHILLIPS | |
| | | | | | SIM PETTWAY | |
| | | | | | ALISON HIGHLEY | |
| | | | | | BILLY SMITH | |
| | | 11/1/06 | | | FBI SPECIAL AGENT TOM HETRICK | |
| | | | | | | |
| | | 11/1/06 | | | CURTIS THOMAS, FBI FORENSICS, TAPE | |
| | | | | | | |
| | | 11/2/06 | | | FBI SPECIAL AGENT CHRISTIAN DEEB (TAPE SEARCH WARRANT, APD CARS, CASE AGT) | |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | | VS. | TYRONE WHITE, ADAM FLOYD | CASE NO. 05-CR-0234-WHA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 11/1/06 | | | LASHAWN HENDERSON, CLERK |
| | | | | | SALLY HEARD, CLERK |
| | | | | | APD CAPT WILLIE SMITH |
| | | | | | APD SGT CHRIS MURRAY |
| | | | | | APD CHIEF OF POLICE FRANK DEGRAFFENREID |
| | | | | | GARY BLACK |
| | | | | | BRITTNEY BESLEY |
| | | | | | FBI SPECIAL AGENT KELVIN KING |
| | | | | | FBI SPECIAL AGENT PAUL HOUSTON |
| | | | | | JERRY STINSON |
| | | | | | MITCHELL GILES |
| | | | | | MARIE HUNTER |
| | | | | | STEVE REEVES |
| | | | | | RICKY HOLDER |

Page 3 of 3 Pages