IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE and ADAM FLOYD ) | |

### ORDER

Upon consideration of the Joint Motion for Judgment of Acquittal or New Trial (Doc. #191), it is hereby

ORDERED that the United States respond to the motion **on or before December 4, 2006**. The Government is DIRECTED specifically to include in its reply as to each separate Hobbs Act conviction citations to a trial transcript of all evidence which the Government contends was sufficient for the jury to find beyond a reasonable doubt that the actions of the Defendants affected interstate commerce.

DONE this 15th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE