IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| TYRONE WHITE, | ) | |
| ADAM FLOYD | ) | |

**MOTION FOR EXTENSION OF TIME FOR GOVERNMENT TO RESPOND
TO DEFENDANTS' JOINT MOTION FOR JUDGMENT OF ACQUITTAL
OR FOR NEW TRIAL**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-styled motion as follows:

1. Defendants filed their Joint Motion for Judgment of Acquittal or New Trial on November 14, 2006. (Doc. #191).

2. On November 15, 2006, this Court ordered the United States to respond on or before December 4, 2006. (Doc. #192). In the order, this Court specifically directed the United States to "include in its reply....citations to a trial transcript." Id.

3. On or about November 15, 2006, the United States contacted the court reporter assigned to the instant matter, Risa Entriken. Ms. Entriken indicated that there was a significant likelihood that the transcript would not be ready until at least November 27, 2006, at the earliest. Subsequently, Ms. Entriken's father, who resided out of state, passed away, delaying the preparation of the transcript.

4. Last week, Ms. Entriken indicated that the transcript would likely not be completed until around December 8, 2006. The first two volumes of the transcript were completed on today's date,

although the Government has yet to receive them. The final volume of the transcript should be completed by the end of the week.

 5. Because the United States has been unable to review the transcript, the Government respectfully requests an extension of time to file its response so that it may comply with this Court's order. The United States respectfully requests an extension of time until December 21, 2006,[1] to file its response.

 6. Counsel for Tyrone White, Russell T. Duraski, has no objection to the extension. The United States has been unable to establish contact with counsel for Adam Floyd, Jeffery C. Duffey, regarding this matter.

 Respectfully submitted this the 4th day of December, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        ASB-1901-O64T
        Todd.Brown@usdoj.gov

---

[1] This is an extension request of thirteen workdays, the length of time originally given for the United States to file the response.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO: 3:05-CR-0234-A |
| | ) | |
| TYRONE WHITE, | ) | |
| ADAM FLOYD | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Russell T. Duraski, Esquire and Jeffery C. Duffey, Esquire.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/ Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    ASB-1901-O64T
    Todd.Brown@usdoj.gov