IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CR. NO: 3:05-CR-0234-A |
| ) | |
| TYRONE WHITE, ) | |
| ADAM FLOYD ) | |

**MOTION FOR EXTENSION OF TIME FOR GOVERNMENT TO RESPOND
TO DEFENDANTS' JOINT MOTION FOR JUDGMENT OF ACQUITTAL
OR FOR NEW TRIAL**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-styled motion as follows:

1. Defendants filed their Joint Motion for Judgment of Acquittal or New Trial on November 14, 2006. (Doc. #191).

2. On November 15, 2006, this Court ordered the United States to respond on or before December 4, 2006. (Doc. #192). In the order, this Court specifically directed the United States to "include in its reply....citations to a trial transcript." Id.

3. On or about November 15, 2006, the United States contacted the court reporter assigned to the instant matter, Risa Entriken. Ms. Entriken indicated that there was a significant likelihood that the transcript would not be ready until at least November 27, 2006, at the earliest. Subsequently, Ms. Entriken's father, who resided out of state, passed away, delaying the preparation of the transcript.

4. Last week, Ms. Entriken indicated that the transcript would likely not be completed until around December 8, 2006. The first two volumes of the transcript were completed on today's date,

**MOTION GRANTED**

SO ORDERED
THIS 5th DAY OF Dec, 20 06

_____
UNITED STATES DISTRICT JUDGE