FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC**
**TICKET AND COMPLAINT**

COURT CASE NO.

ALABAMA, COUNTY OF _Lee_  CO. 43  CITY ☐  TICKET NUMBER  **M 6467739**  YEAR  NUMBER

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth as follows to law in that on or about  Month _03_  Day _5308_  Year _00_  At Approx. _11_  Time _9:03_  ☐ AM ☐ PM  01  05  GMT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other _____
☐ Private

First Name _Danie_  Middle/Maiden _Louis_  Last _Clark_

Address _407 Village Drive_  Street

City _Auburn_  State _Al_  Zip Code _36830_

State _Al_  Driver's License Number _T365316_  Class of License

Sex _M_ Race _B_ DOB _10/21/73_  Social Security Number _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_  Drivers License in Possession ☐ Yes ☐ No

Ht _6'1"_ Wgt _210_ Eyes _Bro_ Hair _Blk_  Vehicle Tag Number _45R077D_  State _Al_ Year _04_

Vehicle Description _Black Cadillac Escalade_  Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☑ did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _Harmon Dr at S College_  ☑ within the city limits or ☐ in police jurisdiction of _Auburn_  ☐ within _Lee_  County, at or near the following location _____ in violation of ☐ Section _____, Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _43-1_, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _33-6-19_  Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|

1 ☐ Speeding _____ MPH _____ Speed Limit
2 ☐ Reckless Driving
3 ☑ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify)

7 ☐ Driving While Revoked
8 ☑ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) _____
26 ☐ Improper Passing
28 ☐ Improper Tag (Specify) _____
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)  ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)  ☐ Accident Involved

Complainant's Signature _Brett Hartsell_  Officer ID / Agency ORI _004 / 302301012_

Verified and Acknowledged before me this date (Circle Title) Judge / Magistrate _Willie Ann Gooding_  M _8_ D _26_ Y _03_

☐ Municipal  ☑ District Court  **COURT APPEARANCE INFORMATION**  _Auburn_  Phone _334 501-3180_

Court Appearance Date _09/16/03_  Time _8:00_ ☑ AM ☐ PM  Court Address _141 N Ross St. Auburn Al 36830_

I Promise to appear in court at said time and place to comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature X _Danie L Clark_  Phone _334 501-9694_

☐ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

03008622

NAME: TICKET M 6467739 CASE

GOVERNMENT EXHIBIT 1

Oct 27,2003 9:32 am

Municipal Court
City of Auburn

Name : CLARK, DANIE LOUIS

Receipt # Case #     Charge

00000312556 TR03-00053PB DRIVING WHILE LICENSE REVOKED

Payment Method : NOL

Emp #: 00001

Total        $0.00
Paid         $0.00
Balance

                $0.00
                $0.00
                $0.00

Amount Tendered :  $0.00
Change Due :       $0.00

---

| COURT RECORD | | COURT CASE NUMBER |
|---|---|---|

Court O.R.I.

AL

☐ MUNICIPAL COURT OR
☐ DISTRICT COURT OF

DEFENDANT'S NAME

CHARGE

TICKET NUMBER **M 6467739**   YEAR   NUMBER

| CONTINUED TO | M | D | Y | REASON |
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M   D   Y | M   D   Y | M   D   Y | M   D   Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M   D   Y | CASH   DEPOSITED $ | M   D   Y | M   D   Y |

CONDITIONAL BOND FORFEITURE ORDER ISSUED   M   D   Y

BOND FORFEITURE ORDERED FINAL   M   D   Y

ATTORNEY FOR DEFENDANT:   ☐ CHECK IF APPLICABLE   ☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel   ☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not guilty

ADJUDICATION (CHECK ONE)   1 ☐ Guilty as charged   2 ☐ Not guilty   ☐ Nol prossed   5 ☐ Dismissed
3 ☐ Guilty of

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | |

☐ JAILED   M   D   Y   DAYS   RELEASED ☐   M   D   Y   LOCATION

☐ SENTENCE SUSPENDED   ☐ PROBATION   ☐ COMMUNITY SERVICE

DAYS   MONTHS   DAYS   MONTHS   DAYS   MONTHS

☐ TRAFFIC SAFETY PROGRAM   M   D   Y   ☐ SUBSTANCE ABUSE EVALUATION   ☐ COURT REFERRAL PROGRAM COMPLETED   M   D   Y

COURT ORDERED LICENSE SUSPENSION   ☐ CONSECUTIVE   LICENSE SURRENDERED TO COURT   RECEIVED BY
DAYS   MOS.   ☐ CONCURRENT

CONFIDENTIAL: ☐ NO   IF YES: ☐ Juvenile ☐ Youthful Offender

DISPOSITION DATE   SIGNATURE OF JUDGE/MAGISTRATE

CASE APPEALED   APPEAL BOND   CIRCUIT COURT CASE NUMBER

ARREST INFO/AGENCY (TYPE OF ARREST)   ☐ STATE   ☐ COUNTY   ☐ MUNICIPAL

CASH RECEIVED FROM   RECEIPT #   AMOUNT   DATE   M   D   Y

NAME AND TITLE

LICENSE ATTACHED: ☐ YES ☐ NO   DPS RECEIVED LICENSE: ☐ YES ☐ NO

**COURT ACTION AND DISPOSITION**

FORM UTC-1
REV 3/97

COURT CASE NO.

## ALABAMA UNIFORM TRAFFIC
## TICKET AND COMPLAINT

| | CO. | CITY | TICKET NUMBER | YEAR | NUMBER |
|---|---|---|---|---|---|
| ALABAMA, COUNTY OF _Lee_ | | 1 | | M | 6468854 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe
and does believe that the person herein named did, within the previous 12 months, commit the
offense set forth contrary

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☐ Private

| Month | Day | Year | At Approx. | Time ☐ AM ☒ PM ☐ MT |
|---|---|---|---|---|
| 03-108 | 11 | 21 0 80 3 | | 17:25 |

First Name **Sawelia**    Middle/Maiden **L**    Last **Floyd**

Address **835 N. Gay St # 12**

City **Auburn**    State **AL**    Zip Code **36830**

State **AL**    Driver's License Number **6149890**    Class of License

| Sex | Race | DOB Mo Day Yr | Social Security Number | Drivers License In Possession ☐ Yes ☒ No |
|---|---|---|---|---|
| M | 13 | 03 01 77 | 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 | |

| Hgt | Wgt. | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 600 | 195 | BRO | BLK | 92225 | AL | 84 |

Vehicle Description **Chev. Caprice**    Owner of Vehicle ☒ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,
at or near **E. Glenn Av**, within the ☒ city limits or ☐ police jurisdiction
of **Auburn**, or ☒ within **Lee** County, at or near the following location
in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☒ Municipal Ordinance No. **13-1**, duly adopted and in force at the time the offense
was committed. (If applicable)☒ adopting Section **32-6-19** Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|
| 1 ☐ Speeding ___ MPH ___ Speed Limit | | | | |
| 2 ☐ Reckless Driving | 7 ☒ Driving While Revoked | | | |
| 3 ☐ Driving Without First Obtaining a Driver's License | 8 ☐ Driving While Suspended | | | |
| DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE: | 10 ☐ Running Red Light | | | |
| 4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood | 13 ☐ Improper Equipment (Specify) | | | |
| 4 ☐ Under the Influence of Alcohol | 14 ☐ Improper Passing | | | |
| 5 ☐ Under the Influence of Controlled Substance | 28 ☐ Improper Tag (Specify) | | | |
| 71 ☐ Under the Combined Influence of Alcohol and Controlled Substance | 29 ☐ Improper Turn | | | |
| 72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties | 42 ☐ Overweight Vehicle | | | |
| | 61 ☐ Child Restraint Violation | | | |
| 6 ☐ Failure to Yield Right of Way | 77 ☐ Seat Belt Violation | | | |
| ☐ Other Violation (Specify) | | | | |

FACTS RELATING TO THE OFFENSE:    ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc)    ☐ Accident Involved

Complainant's Signature

Verified and Acknowledged before me this date
(Circle Title) Judge/Magistrate _Goodman_    M D Y **12 12 03**

Officer ID **615**    Agency, ORI AL **0430100**

**Auburn**    (334) 501-3180

| Court Appearance | Date | Time ☐ AM ☒ PM | Court Address |
|---|---|---|---|
| | 01 08 04 | 8:00 | 141 N. Ross St. |

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and
instructions of the Notice part of this ticket.

Defendant's Signature X    Phone **334 502 4768**

☒ Released on Own Recognizance    ☐ Drivers License Posted in Lieu of Bond

## COMPLAINT AND AFFIDAVIT

TICKET # M 6468854    CASE #030315

GOVERNMENT
EXHIBIT
3

Mar 09, 2004  8:07 am

Municipal Court
City of Austin

Name : FLOYD, SAMELLIA TRYEE

Receipt # Case #           Charge
00003223952 TR03-0007689  DRIVING WHILE LICENSE REVOKED
            MC01-0052348  POSSESSION OF MARIJUANA 2ND DEGR
            TR98-0003226  DRIVING WHILE LICENSE SUSPENDED

Payment Method : NFL

Emp #: 000001

                    Total        Balance
                    Paid
                    $0.00        $0.00
                    $250.00      $49.50
                                 $339.30

Amount Tendered :  $0.00
Change Due :       $0.00

| COURT RECORD | | | | | |
|---|---|---|---|---|---|
| Court O.R.I. | | | | COURT CASE NUMBER | |
| AL | | | | YEAR | NUMBER |
| ☐ MUNICIPAL COURT OR ☐ DISTRICT COURT OF | | | COUNTY | TICKET NUMBER M 6468854 | |
| DEFENDANT'S NAME | | | CHARGE | | |

COURT ACTION AND DISPOSITION

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO

| ALABAMA, COUNTY OF *LEE* | CO. | CITY | TICKET NUMBER | M **5339836** |

YEAR        NUMBER

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

TYPE VEHICLE
□ Commercial
□ Haz-Mat Involved
□ Other
□ Private

Month *03* Day *21* Year *03* At *0735* Approx Time □ AM □ PM

First Name *JAMILLAH* Middle/Maiden *RASHIDA* *MCCRAY*

Address *306 E MAGNOLIA Ave APT 225*

City *AUBURN* State *AL* Zip Code *36830*

Driver's License Number *6323629* Class of License

Race *B* Sex *F* DOB *9/29/75* Social Security Number *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* Drivers License in Possession ☑ Yes □ No

Hgt *5'9* Wgt *139* Eyes *BRN* Hair *BLK* Vehicle Tag Number *9225* State *AL*

Vehicle Description *GRY CAPRICE*

Employer/Owner of Vehicle (Address)

did unlawfully operate a motor vehicle, other vehicle, or □ otherwise unlawfully use a public street, road, highway or other place, at or near *E GLENN AVE* within the □ city limits or □ police jurisdiction of *AUBURN* or □ within County, at or near the following location *N LARC WEA* Violation of □ Section Code of Alabama 1975.

□ or Rule/Regulation number (or) ☑ Municipal Ordinance No. duly adopted and in force at the time the offense was committed, (if applicable) □adopting Sec *32A/71* Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | | UCR Code | KM No. | Street/Road Code |
| 1 ☑ Speeding *7* MPH *53* Speed Limit | | | | | |

2  □ Reckless Driving
3  □ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4  □ There was .08% or More By Weight of Alcohol in His/Her Blood
4  □ Under the Influence of Alcohol
5  □ Under the Influence of Controlled Substance
71 □ Under the Combined Influence of Alcohol and Controlled Substance
72 □ Under the Influence of any Substance which impairs the Mental or Physical Faculties
6  □ Failure to Yield Right of Way
□ Other Violation (Specify)

7  □ Driving While Revoked
8  □ Driving While Suspended
10 □ Running Red Light
13 □ Improper Equipment (Specify)
14 □ Improper Passing
28 □ Improper Tag (Specify)
29 □ Improper Turn
42 □ Overweight Vehicle
61 □ Child Restraint Violation
77 □ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc) ☑ Companion Case (Traffic, Non-Traffic, Felony, Other) □ Accident Involved

Complainant's Signature _____ Officer ID / Agency ORI *0728N00*

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate *Nitta Deal* *032805*

☑ Municipal □ District Court **Auburn**

COURT APPEARANCE INFORMATION Phone **(334) 501-3180**

Court Appearance Date *050903* Time *8:00* ☑ AM □ PM Court Address **141 N. Ross St.**

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions on the notice portion of this ticket.

Defendant's Signature *Jamillah McCray* Phone *334-501-4168*

□ Released on Own Recognizance   □ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

TICKET • M **5339836**


GOVERNMENT EXHIBIT 4

| Court O.R.I. | | COURT RECORD | | COURT CASE NUMBER |
|---|---|---|---|---|
| | | | | YEAR    NUMBER |
| 5339836 | | TICKET NUMBER M 5339836 | COUNTY | |
| DEFENDANT'S NAME | | | CHARGE | |

| CONTINUED TO | M | D | Y | REASON | |
|---|---|---|---|---|---|
| 2ND CONTINUANCE | M | D | Y | REASON | |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M  D  Y | M  D  Y | M  D  Y | M  D  Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M  D  Y | CASH DEPOSITED $ | M  D  Y | M  D  Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M  D  Y | BOND FORFEITURE ORDERED FINAL | M  D  Y |
|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel    ☐ Voluntarily waived counsel |
|---|---|---|
| | | ☑ Defendant found indigent, counsel appointed |

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of                     3 ☐ Not guilty

ADJUDICATION (CHECK ONE)    1 ☐ Guilty as charged    2 ☐ Not guilty
3 ☐ Guilty of                              ☐ Nol prossed    6 ☐ Dismissed

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

### ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ | |
|---|---|---|---|
| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR |

| ☐ JAILED | M | D | Y | DAYS | RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|---|

| ☐ SENTENCE SUSPENDED | ☐ PROBATION | ☐ COMMUNITY SERVICE |
|---|---|---|
| DAYS    MONTHS | DAYS    MONTHS | DAYS    MONTHS |

| ☐ TRAFFIC SAFETY PROGRAM | M  D  Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M  D  Y |
|---|---|---|---|---|

| COURT ORDERED LICENSE SUSPENSION | ☐ CONSECUTIVE | LICENSE SURRENDERED TO COURT | |
|---|---|---|---|
| DAYS    MOS. | ☐ CONCURRENT | M  D  Y | RECEIVED BY |

CONFIDENTIAL: ☐ NO – ☐ IF YES: ☐ Juvenile  ☐ Youthful Offender

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| M  D  Y | |

| CASE APPEALED | APPEAL BOND | CIRCUIT COURT CASE NUMBER |
|---|---|---|
| M  D  Y | | |

ARRESTING AGENCY (TYPE OF ARREST)  ☐ STATE  ☐ COUNTY  ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT | DATE  M  D  Y |
|---|---|---|---|
| NAME AND TITLE | 299833 | $ | |

LICENSE ATTACHED: ☐ YES  ☐ NO         DPS RECEIVED LICENSE  ☐ YES  ☐ NO

## COURT ACTION AND DISPOSITION

FORM UTC-1
REV. 3/97

## ALABAMA UNIFORM TRAFFIC
## TICKET AND COMPLAINT

COURT CASE NO.

| | YEAR | NUMBER |

ALABAMA, COUNTY OF _LEE_   | CO. | CITY | TICKET NUMBER | M 6466079

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense as set forth contrary to law in that on or about

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☐ Private

03-00234   050903   11/8   Approx.   ☐ AM ☐ PM ☐ Mil

First Name: NECCO RAYMUINE COBB

Address: 710 HOLMES AVE

City: AUBURN   State: AL   Zip Code: 36830

State AL   Driver's License Number 6168881   Class of License

Sex M   Race B   DOB 12-02   Social Security Number 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   Driver's License in Possession ☐ Yes ☐ No

Hgt   Wgt   Eyes   Hair   Vehicle Tag Number   State   Year
03   760   BRO   BLK

Vehicle Description: '97 MUSTANG

Owner of Vehicle ☐ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near BEVEL , within the ☐ city limits or ☐ police jurisdiction of AUBURN or ☐ within the _____ County, at or near the following location A PAYNE CT in violation of ☐ Section _____ , Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. 13 , duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section 2-5A-193 , Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | | UCR Code | KM No. | Street/Road Code |

1  ☐ Speeding ____ MPH ____ Speed Limit
2  ☐ Reckless Driving
3  ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4  ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4  ☐ Under the Influence of Alcohol
5  ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6  ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) FLEEING / ATTEMPTING TO ELUDE

7  ☐ Driving While Revoked
8  ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) ____
14 ☐ Improper Passing
19 ☐ Improper Tag (Specify) ____
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE:
(Witnesses, etc)

☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

NAME

Complainant's Signature   Officer ID   Agency ORI 0034160

Verified and Acknowledged before me this date
(Circle Title) Judge/Magistrate   Lisa S. White   050703

☐ Municipal
☐ District Court   Auburn   Phone ( (334) 501-____

COURT APPEARANCE INFORMATION

Court Appearance Fee   ☐ AM ☐ PM   Court Address
6 15 0   830   141 N. Ross St.

I Promise to appear in court at the time and place designated and will otherwise comply with the provisions of this complaint and instructions of this notice part of this ticket

Defendant's Signature: ____   Phone ( ____ )

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

### COMPLAINT AND AFFIDAVIT

TICKET # M 6466079  CASE #

GOVERNMENT EXHIBIT
6

## COURT RECORD

| Court O.R.I. | | | COURT CASE NUMBER |
|---|---|---|---|
| | | | YEAR    NUMBER |

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF

COUNTY

TICKET NUMBER **M 6466079**

DEFENDANT'S NAME

CHARGE

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M    D    Y | M    D    Y | M    D    Y | M    D    Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M    D    Y | CASH DEPOSITED $ | M    D    Y | M    D    Y |

CONDITIONAL BOND FORFEITURE ORDER ISSUED    M    D    Y    BOND FORFEITURE ORDERED FINAL    M    D    Y

ATTORNEY FOR DEFENDANT

CHECK IF APPLICABLE    ☐ Defendant informed of right to counsel    ☐ Voluntarily waived counsel
☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of ____    3 ☐ Not guilty

ADJUDICATION (CHECK ONE)    1 ☐ Guilty as charged    2 ☐ Not guilty
3 ☐ Guilty of ____    4 ☒ Nol prossed    5 ☐ Dismissed

### ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI | CRIMINAL HISTORY DUI | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR |
|---|---|---|
| $ | $10.00 | (MINIMUM $25.00) $ |

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | |

☐ JAILED    M    D    Y    DAYS ____ RELEASED ☐    M    D    Y    LOCATION

☐ SENTENCE SUSPENDED    ☐ PROBATION    ☐ COMMUNITY SERVICE
DAYS ____ MONTHS    DAYS ____ MONTHS    DAYS ____ MONTHS

☐ TRAFFIC SAFETY PROGRAM    M    D    Y    ☐ SUBSTANCE ABUSE EVALUATION    ☐ COURT REFERRAL PROGRAM COMPLETED    M    D    Y

COURT ORDERED LICENSE SUSPENSION    ☐ CONSECUTIVE,    LICENSE SURRENDERED TO COURT    M    D    Y    RECEIVED BY
DAYS ____ MOS. ____    ☐ CONCURRENT

CONFIDENTIAL: ☐ NO  ☐ IF YES: ☐ Juvenile ☐ Youthful Offender

*Δ to do Community Serv. to Safety*
*8 Off. Expone With*

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| 1 00 3 | |

| CASE APPEALED | APPEAL BOND | CIRCUIT COURT CASE NUMBER |
|---|---|---|
| M    D    Y | $ | |

ARRESTING AGENCY (TYPE OF ARREST) ☐ STATE ☐ COUNTY ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE    M    D    Y |
|---|---|---|---|
| NAME AND TITLE | | | |

LICENSE ATTACHED ☐ YES ☐ NO    DPS RECEIVED LICENSE ☐ YES ☐ NO

**COURT ACTION AND DISPOSITION**



COURT RECORD

COURT CASE NUMBER

YEAR    NUMBER

166079

Nov 20, 2003 12:06 pm

Name : COBB, RICCO RAYMOINE

Receipt # :

Case #

Charge

Municipal Court
City of Auburn

Emp #: 000003

| Case # | Charge | | Total Paid | Balance |
|---|---|---|---|---|
| TR03-00003214 | ATTEMPT TO ELUDE POLICE | | $0.00 | |
| MC00-00050876 | RESISTING ARREST | | $500.00 | |
| MC00-00050877 | DISORDERLY CONDUCT | | $200.00 | |
| MC02-00055305 | CRIMINAL TRESPASS 3RD DEGREE | | $200.00 | |
| MC03-00057340 | CRIMINAL TRESPASS 3RD DEGREE | | $245.00 | |
| TR02-00003787 | DRIVING WHILE LICENSE REVOKED | | PENDING | |
| TR03-00000774 | DRIVING WHILE LICENSE REVOKED | | $242.00 | |
| TR03-00003215 | DRIVING WHILE LICENSE REVOKED | | PENDING | |
| | DRIVING WHILE LICENSE REVOKED | | PENDING | |

$0.00  $1,187.00

Payment Method : NOL

Receipt # 00003315224

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO

04 - 6969

ALABAMA, COUNTY OF _LEE_ | CO. 43 | CITY 91 | TICKET NUMBER **M 7226468**

YEAR | NUMBER

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that; on or about

Month 10 Day 11 Year 2014 At Approx. 01 Time 22 □AM □PM ☑DT

TYPE VEHICLE
□ Commercial
□ Haz-Mat involved
□ Other
☑ Private

First Name _DANIEL_  M.I/Maiden _LEWIS_  Last _TODD_

Address _626 SHUG JORDAN PKWY_ Street _166_

City _AUBURN_  State _AL_  Zip Code _36870_

State _AL_ Driver's License Number _59 27397_  Class of License _D4_

Sex M Race 13 DOB M 12 D 28 Y 73  Social Security Number _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_  Drivers License in Possession ☑Yes □ No

Hgt 5 Wgt 10 Eyes 180 Hair 120 BLK Vehicle Tag Number _TD ONE_  State _AL_ Year _05_

Vehicle Description _RED FORD EXPLORER_  Owner of Vehicle ☑Driver □ Employer ☑ Other

Employer/Owner of Vehicle (Address) _ANGELA ONEAL_

☑Did unlawfully operate a motor vehicle, other vehicle, or ☑otherwise unlawfully use a public street, road, highway or other place, at or near _OPELIKA RD & N ROSS ST_ , within the ☑ city limits or □ police jurisdiction of _AUBURN_ , or □ within _____ County, at or near the following location _____ in violation of □ Section _____ Code of Alabama 1975,

□ or Rule/Regulation number (or) ☑Municipal Ordinance No. _17-1_ , duly adopted and in force at the time the offense was committed, (if applicable) ☑adopting Section _32-5A-171_ Code 1975, more particularly described below;

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|
| 1 ☑Speeding 72 MPH 25 Speed Limit | 7 □ Driving While Revoked | | | |
| 2 □ Reckless Driving | 8 □ Driving While Suspended | | | |
| 3 □ Driving Without First Obtaining a Driver's License | 10 □ Running Red Light | | | |

DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:

| | |
|---|---|
| 4 □ There was .08% or More By Weight of Alcohol in His/Her Blood | 13 □ Improper Equipment (Specify) |
| 5 □ Under the Influence of Alcohol | 14 □ Improper Passing |
| 5 □ Under the Influence of Controlled Substance | 28 □ Improper Tag (Specify) |
| 71 □ Under the Combined Influence of Alcohol and Controlled Substance | 29 □ Improper Turn |
| 72 □ Under the Influence of any Substance which Impairs the Mental or Physical Faculties | 42 □ Overweight Vehicle |
| | 51 □ Child Restraint Violation |
| 6 □ Failure to Yield Right of Way | 77 □ Seat Belt Violation |
| □ Other Violation (Specify) | |

FACTS RELATING TO THE OFFENSE (Witnesses, etc)     □ Companion Case (Traffic, Non-Traffic, Felony, Other)     □ Accident Involved

NAME

Complainant's Signature _Jason Cole_   Officer ID 1093  Agency ORI AL 0430100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate _Willie Goody_   M 9 D 13 Y 04

☑Municipal □ District Court

**COURT APPEARANCE INFORMATION**

Court Appearance Date _AUBURN_  Phone (334) 501-7180

Court Appearance Date 11 M 18 D 04 Time 8:00 ☑AM □PM  Court Address _141 N ROSS ST AUBURN AL 36830_

X _____  If I fail to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.  X _____

Defendant's Signature  Phone _334 663-2595_

□ Released on Own Recognizance     □ Driver's License Posted in Lieu of Bond

TICKET # **M 7226468**  CASE #

**COMPLAINT AND AFFIDAVIT**



...LY
...ON DRIVER'S LICENSE



GOVERNMENT EXHIBIT 8

Court O.R.I.

## COURT RECORD

COURT CASE NUMBER

AL

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF

DEFENDANT'S NAME

TICKET NUMBER | YEAR | NUMBER

M 7226468

COUNTY

CHARGE

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M D Y | M D Y | M D Y | M D Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M D Y | CASH DEPOSITED $ | M D Y | M D Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M D Y | BOND FORFEITURE ORDERED FINAL | M D Y |
|---|---|---|---|

ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel | ☐ Voluntarily waived counsel
| | ☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of ___    3 ☐ Not guilty

ADJUDICATION (CHECK ONE)    1 ☐ Guilty as charged    2 ☐ Not guilty    4 ☐ Nol prossed    5 ☐ Dismissed
3 ☐ Guilty of ___

### ORDERS OF THE COURT

FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE | MED. CAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

| ☐ JAILED | M | D | Y | | DAYS ___ RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|---|

☐ SENTENCE SUSPENDED | ☐ PROBATION | ☐ COMMUNITY SERVICE

| DAYS | MONTHS | DAYS | MONTHS | DAYS | MONTHS |
|---|---|---|---|---|---|

| ☐ TRAFFIC SAFETY PROGRAM | M D Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M D Y |
|---|---|---|---|---|

| COURT ORDERED LICENSE SUSPENSION | ☐ CONSECUTIVE | LICENSE SURRENDERED TO COURT | RECEIVED BY |
|---|---|---|---|
| DAYS ___ MOS. | ☐ CONCURRENT | M D Y | |

CONFIDENTIAL: ☐ NO ·  ☐ IF YES: ☐ Juvenile ☐ Youthful Offender

DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE
M D Y

CASE APPEALED | APPEAL BOND | CIRCUIT COURT CASE NUMBER
M D Y | $

ARRESTING AGENCY (TYPE OF ARREST)  ☐ STATE  ☐ COUNTY  ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE M D Y |
|---|---|---|---|

NAME AND TITLE:

LICENSE ATTACHED: ☐ YES ☐ NO    DPS RECEIVED LICENSE ☐ YES ☐ NO

## COURT ACTION AND DISPOSITION

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC
TICKET AND COMPLAINT**

COURT CASE NO.

State of Alabama

ALABAMA, COUNTY OF    CO.    CITY    TICKET    YEAR    NUMBER
04 - 6974    LE/S    4 3 01    NUMBER    M 7226469

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe
and does believe that the person herein named did, within the previous 12 months, commit the
offense set forth contrary    Month    Day    Year    At    Time    ☐ AM
to law in that: on or about    0 9 1 2 0 4    Approx.    01 20    ☐ PM

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☐ Private

First Name    Middle/Maiden    Last
DANIEL    LEWIS    TODD

Address    Street
626 SHUG JORDAN PKWY #166

City    State    Zip Code
AUBURN    AL    36830

State    Driver's License Number    Class of License
AL    5927397    DM

Sex    Race    DOB  M  Dy  Yr    Social Security Number    Driver's License    ☐ Yes  ☐ No
M  B    12 28 77    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    in Possession

Hgt    Wgt    Eyes    Hair    Vehicle Tag Number    State    Year
5 10    210    BRO    BLK    TD ONE    AL    05

Vehicle Description
RED FORD EXPEDITION    Owner of Vehicle ☐ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)
ANGELA ONEAL

Did unlawfully operate a motor vehicle, other vehicle, or otherwise unlawfully use a public street, road, highway or other place,
at or near OPELIKA RD & N ROSS ST , within the ☐ city limits or ☐ police jurisdiction
of AUBURN , or ☐ within County, at or near the following location
in violation of ☐ Section Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. 13-1 , duly adopted and in force at the time the offense
was committed, (if applicable) ☐ adopting Section 32-5A-191(a)(1) Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:    UCR Code    KM No.    Street/Road Code

1  ☐ Speeding _____ MPH _____ Speed Limit
2  ☐ Reckless Driving    7  ☐ Driving While Revoked
3  ☐ Driving Without First Obtaining a Driver's License    8  ☐ Driving While Suspended
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:    10  ☐ Running Red Light
4  ☐ There was .08% or More By Weight of Alcohol in His/Her Blood    13  ☐ Improper Equipment (Specify) _____
4  ☐ Under the Influence of Alcohol    14  ☐ Improper Passing
5  ☐ Under the Influence of Controlled Substance    28  ☐ Improper Tag (Specify) _____
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance    29  ☐ Improper Turn
72 ☐ Under the Influence of any Substance which Impairs the Mental or    42  ☐ Overweight Vehicle
   Physical Faculties    61  ☐ Child Restraint Violation
0  ☐ Failure to Yield Right of Way    77  ☐ Seat Belt Violation
☐ Other Violation (Specify)

FACTS RELATING TO THE OFFENSE:    ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc)    ☐ Accident Involved

Complainant's Signature    Officer ID.    Agency ORI
    6018    AL 043 0109

Verified and Acknowledged before me this date    M    D    Y
(Circle Title)  Judge/Magistrate    9 13 04

☐ Municipal    COURT APPEARANCE INFORMATION    Phone (334) 501-3180
☐ District Court    AUBURN

Court Appearance Date    Time    Court Address
09 28 04    8 00 ☐ AM ☐ PM    141 N ROSS ST AUBURN AL 36830
I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and
instructions of the notice part of this ticket.

Defendant's Signature:    Phone (

☐ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

TICKET # M 7226469  CASE #

GOVERNMENT
EXHIBIT
9

| Court O.R.I | COURT RECORD | COURT CASE NUMBER |
| --- | --- | --- |
| | | YEAR | NUMBER |

☐ MUNICIPAL COURT OR
☐ DISTRICT COURT OF _____ COUNTY

TICKET NUMBER M **7226469**

DEFENDANT'S NAME _____  CHARGE _____

| | M | D | REASON |
| --- | --- | --- | --- |
| CONTINUED TO | | | |
| 2ND CONTINUANCE | M | D | Y | REASON |

| | M | D | Y | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| UTC-6A MAILED | | | | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
| WARRANT ISSUED M D Y | BOND SET $ CASH DEPOSITED $ | WARRANT SERVED | WARRANT RECALLED M D Y |
| CONDITIONAL BOND FORFEITURE ORDER ISSUED | | | | BOND FORFEITURE ORDERED FINAL | |
| ATTORNEY FOR DEFENDANT | ☐ CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel ☐ Defendant found indigent, counsel appointed | ☐ Voluntarily waived counsel |

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of _____    ☐ Not guilty

ADJUDICATION (CHECK ONE)
1 ☐ Guilty as charged    3 ☐ Not guilty    4 ☐ Not prossed    5 ☐ Dismissed
3 ☐ Guilty of _____

**ORDERS OF THE COURT**

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
| --- | --- | --- |

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ | |
| --- | --- | --- | --- |
| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR |

| | M | D | Y | | M | D | Y | LOCATION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ JAILED | | | | DAYS  RELEASED ☐ | | | | |
| ☐ SENTENCE SUSPENDED | | | ☐ PROBATION | ☐ COMMUNITY SERVICE | |
| | DAYS | MONTHS | DAYS | MONTHS | DAYS | MONTHS |
| ☐ TRAFFIC SAFETY PROGRAM | | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M | D | Y |
| COURT ORDERED LICENSE SUSPENSION DAYS   MOS. | ☐ CONSECUTIVE ☐ CONCURRENT | LICENSE SURRENDERED TO COURT M D Y | RECEIVED BY |

CONFIDENTIAL: ☐ NO   ☐ IF YES  ☐ Juvenile  ☐ Youthful Offender

| DISPOSITION DATE M D | SIGNATURE OF JUDGE/MAGISTRATE | |
| --- | --- | --- |
| CASE APPEALED M D | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |

ARRESTING AGENCY/TYPE OF ARREST/ HD, STATE, ☐ COUNTY, ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE M D |
| --- | --- | --- | --- |
| NAME AND TITLE | | | |

LICENSE ATTACHED ☐ YES  ☐ NO      DPS RECEIVED LICENSE ☐ YES  ☐ NO

**COURT ACTION AND DISPOSITION**

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R&4 Completed |
|---|---|
| ■ Yes | ■ Yes |
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,4,3,0,1,0,0 | AUBURN POLICE DEPART | 0,4,0,1,1,0,3,5, | |

5 LAST, FIRST, MIDDLE NAME: TODD, DANIEL L
6 ALIAS AKA

| 7 SEX M | 8 RACE ☒W ☐B | 9 HGT. 5' 10" | 10 WGT. 210 | 11 EYE BRO | 12 HAIR BLK | 13 MED | 14 | ☐ SCARS | ☒ MARKS | ☐ TATOOS | ☒ AMPUTATIONS |

15 PLACE OF BIRTH (CITY, COUNTY, STATE): OPELIKA   LEE   AL
16 SSN: 4 2 3 - 1 1 3 - 7 0 1 6
17 DATE OF BIRTH: 1 2 2 8 7 3
18 AGE: 030
19 MISCELLANEOUS ID #: S423137016

20 SID #
21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL
22 DL #: 5927397
23 ST: AL

24 FBI #
HENRY CLASS
NCIC CLASS
25 IDENTIFICATION COMMENTS

26 ☒ RESIDENT ☒ NON-RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 626 SHUG JORDAN PKWY 166 AUBURN, AL 36830
28 RESIDENCE PHONE: (334) 663-2895
29 OCCUPATION (BE SPECIFIC): MECHANIC

30 EMPLOYER (NAME OF COMPANY/SCHOOL): TODD'S AUTO REPAIR
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP): 465 OPELIKA RD AUBURN, AL 36830
32 BUSINESS PHONE: (334) 663-2895

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): N GAY ST/MITCHAM AV  AUBURN, AL 36830
34 SECTOR #: B 2 Z 1 1
35 ARRESTED FOR YOUR JURISDICTION? ☐ IN STATE ☐ OUT OF STATE AGENCY ☐ YES ☐ NO

36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☒ DRUGS
37 RESIST ARREST ☐ YES ☒ NO
38 INJURED? ☒ NONE ☐ OFFICER ☐ ARRESTEE
39 ARMED? ☐ Y ☒ N
40 DESCRIPTION OF WEAPON: ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☒ OTHER FIREARM ☐ OTHER WEAPON

41 DATE OF ARREST: 0 9 1 2 0 4
42 TIME OF ARREST: 01:39 ☐ 1. AM ☒ MIL ☐ 2. PM
43 DAY OF ARREST: ☐SU ☒M ☐TU ☐W ☐TH ☐F ☐SA
44 TYPE ARREST ☒ ON VIEW ☐ CAP WARRANT
45 ARRESTED BEFORE? ☐ YES ☐ NO ☐ UNKNOWN

| 46 CHARGE - 1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE - 2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| CARRYING CONCEALED WEAPON | 5202 | DRIV UNDER INFLUENCE-LIQUOR | 5404 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 013A-11-0050 | | | 0032-5A-0191 | M7226469 | 0 9 1 2 0 4 |

| 56 CHARGE - 3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE - 4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

66 ARREST DISPOSITION: ☐ HELD ☐ BAIL ☒ RELEASED ☒ TOT - LE ☐ OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| 70 VYR 2001 | 71 VMA FORD | 72 VMO EXP | 73 VST SUV | 74 VCO TOP RED BOTTOM RED | 75 TAG # TD ONE | 76 LIS AL | 77 LIY 2005 |

78 VIN
79 IMPOUNDED? ☐ YES ☒ NO
80 STORAGE LOCATION/IMPOUND #: TURNED OVER TO COUSIN

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED
☐ CONTINUED IN NARRATIVE

**JUVENILE DISPOSITION**

82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT
83 RELEASED TO

94 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)
85 ADDRESS (STREET, CITY, STATE, ZIP)
86 PHONE

87 PARENTS EMPLOYER
88 OCCUPATION
89 ADDRESS (STREET, CITY, STATE, ZIP)
90 PHONE

**RELEASE**

91 DATE AND TIME OF RELEASE: M D Y ☐ 1. AM ☐ MIL ☐ 2. PM
92 RELEASING OFFICER NAME
93 AGENCY/DIVISION
94 ID #

95 RELEASED TO:
96 AGENCY/DIVISION
97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL
99 PROPERTY NOT RELEASED / HELD AT:
100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

102 SIGNATURE OF RECEIVING OFFICER
103 SIGNATURE OF RELEASING OFFICER

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED |
|---|---|---|---|---|---|---|---|

111 ARRESTING OFFICER (LAST, FIRST, M.): CROOK, JASON E
112 ID #: 08098
113 ARRESTING OFFICER (LAST, FIRST, M.)
114 ID #
115 SUPERVISOR: MADDOX   ID # 02977

TYPE OR PRINT IN BLACK INK ONLY

GOVERNMENT EXHIBIT 10

CASE ACTION SUMMARY
Case # MC04-0059877 OPEN
Court Date: Thu Nov 18, 2004, 08:00 AM

nt___on Sep 13, 2004  6:51 am                                                          ´ Page #1

———————————— Defendant ————————————         Sex:  M         ———————— Employer ————————
DANIEL LEWIS TODD                             Race:  BLACK
425  WEBSTER RD LOT 743                       DOB:  1973-12-28
AUBURN  AL 36830                              SSN:  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
(334) 821-7130
———————————— Charge ————————————                              ———————— Complainant ————————
Charge: CARRYING A CONCEALED WEAPON           CITY OF AUBURN            (334) 501-3180
Section/Paragraph: 13A-11-50                  141 N ROSS ST
                                              AUBURN  AL 36830
———————————— Sureties ————————————                           ———————— Witnesses ————————

———————————— Arrest ————————————
Arrest Date: 2004-09-12          Arresting Officer: CROOK, JASON

———————————— Dispositon/Notice History ————————————

———————————— Bench Notes ————————————

*9/30/04: Nol pros w/o costs on civil rel.*
*△ relinquish weapon to APD for distribution*

On _____ the defendant appears in open court in person and pleads _____. After hearing the evidence
it is the judgement of the court that defendant is _____ and is fined _____ together with
cost and _____ restitution to the victim and sentenced to _____days in _____ jail. Defendant to
pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period
of incarceration.  Defendant is given _____ days credit for time already served in jail on this charge.
Additional orders:

*or use in trade*

[  ] _____ per day for _____ days incarcerated (housing and maintenance)
Total _____; plus actual medical expenses incurred on behalf of the defendant.        Judge Municipal Court

———————————— Payments ————————————

| DATE PAID | RECEIPT # | AMOUNT PAID | METHOD | BALANCE |
|-----------|-----------|-------------|--------|---------|
| 10/1/04   | 342199    | △           | △      | △       |

GOVERNMENT
EXHIBIT
11

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.

TICKET NUMBER   M **7212968**

ALABAMA, COUNTY OF _Lee_          CO   CITY          YEAR          NUMBER

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that; on or about

Month _10_ Day _21_ Year _06_ At Approx. _20:23_ Time □ AM □ PM OUT

TYPE VEHICLE
□ Commercial
□ Haz-Mat Involved
□ Other
☑ Private

First Name _Elhadji_   Middle/Maiden   Last _Ka_

Address _670 Craig Ct._   Street

City _Auburn_   State _Al_   Zip Code _36830_

State _Al_   Driver's License Number _6700221_   Class of License

Sex _M_ Race _B_ DOB M _01_ D _04_ Y _59_   Social Security Number   Drivers License in Possession ☑ Yes □ No

Hgt. _5'10_ Wgt. _150_ Eyes _Bro_ Hair _Blk_ Vehicle Tag Number _48F941D_   State _Al_   Year _05_

Vehicle Description _GRN Honda Accord_   Owner of Vehicle □ Driver ☑ Employer □ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle or □ otherwise unlawfully use a public street, road, highway or other place, at or near _L Glenn @ Airport_ within the ☑ city limits or □ police jurisdiction of _Auburn_ or □ within _____ County, at or near the following location

In violation of □ Section _____ Code of Alabama 1975,

□ or Rule/Regulation number (or) ☑ Municipal Ordinance No. _137_ , duly adopted and in force at the time the offense was committed, (if applicable) ☑ adopting Section _32-5A-171_ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:   UCR Code   KM No.   Street/Road Code

1 ☑ Speeding _60_ MPH _____ Speed Limit
2 □ Reckless Driving
3 □ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 □ There was .08% or More By Weight of Alcohol in His/Her Blood
4 □ Under the Influence of Alcohol
5 □ Under the Influence of Controlled Substance
71 □ Under the Combined Influence of Alcohol and Controlled Substance
72 □ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 □ Failure to Yield Right of Way
□ Other Violation (Specify)

□ Driving While Revoked
□ Driving While Suspended
10 □ Running Red Light
□ Improper Equipment (Specify)
14 □ Improper Passing
28 □ Improper Tag (Specify)
29 □ Improper Turn
42 □ Overweight Vehicle
□ Child Restraint Violation
□ Seat Belt Violation

FACTS RELATING TO THE OFFENSE:
(Witnesses, etc)   □ Companion Case (Traffic, Non-Traffic, Felony, Other)   □ Accident Involved

Complainant's Signature _____   Officer ID. _4472_ Agency ORI _AL 0430100_

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate   M ___ D ___ Y ___

☑ Municipal
□ District Court

**COURT APPEARANCE INFORMATION**   _Auburn_   Phone **(334) 501-3180**

Court Address _141 N. Ross St._

Court Appearance Date _04/29/05_ Time _8:00_ □ AM □ PM

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature X _____   Phone _659/601_

□ Released on Own Recognizance   □ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

INSTRUCTION   **PRESS FIRMLY**
TO OFFICER:   ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

_Faovr T. while_   _027_

TICKET # M 7212968   CASE NO. ___

**GOVERNMENT EXHIBIT**
12

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO

| | | | | | YEAR | NUMBER |

ALABAMA, COUNTY OF _Lee_ | CO. 43 | CITY 1 | TICKET NUMBER | M 7228969

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that; on or about

| Month | Day | Year | At | Approx. | Time |
| 10 | 12 | 3 | 015 | 21:14 |

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

☐ AM ☑ PM ☐MNT

First Name _Tarvus_    Middle/Maiden    Last _Ward_

Address _420 N. Dean Rd #4-C_

City _Auburn_    State _AL_    Zip Code _36830_

State _AL_    Driver's License Number _7111615_    Class/Type License

Sex _M_    Race _B_    DOB _8-3-84_    Social Security Number _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_    Drivers License in Possession ☐ Yes ☐ No

Hgt _509_    Wgt _74_    Eyes _BRO_    Hair _BRO_    Vehicle Tag Number _4645466_    State _AL_    Year _05_

Vehicle Description _Mit Chev Gmie_    Owner of Vehicle ☐ Driver ☑ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,

at or near _Annalue / Dean_    , within the ☑ city limits or ☐ police jurisdiction

of _____, or ☐ within _____ County, at or near the following location

_____ in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _13-1_    , duly adopted and in force at the time the offense

was committed, (if applicable) ☐ adopting Section _30-5A-191(a)(1)_ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:    UCR Code    KM No.    Street/Road Code

1 ☐ Speeding ___ MPH ___ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☑ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
8 ☐ Other Violation (Specify)

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) ___
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify) ___
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE:    ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc)    ☐ Accident Involved

Complainant's Signature _[signature]_    Officer ID. _6519_    Agency ORI _AL0430050_

Verified and Acknowledged before me this date (Circle Title) ☑ Judge Magistrate _[signature]_    M _5_ D _12_ Y _05_

☑ Municipal    COURT APPEARANCE INFORMATION
☐ District Court _Auburn_    Phone _334) 501-3180_

Court Appearance Date _6/10/05_    Time _8:00_ ☑AM ☐PM    Court Address _141 N. Ross St._

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature:    Phone _334) 663-5015_

☐ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

NAME
TICKET # M 7228969
CASE #

OS005070

**COMPLAINT AND AFFIDAVIT**

INSTRUCTION    **PRESS FIRMLY**
TO OFFICER:    ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

**GOVERNMENT EXHIBIT 13**

**ABSTRACT OF COURT RECORD**

Court O.R.I. AL

COURT CASE NUMBER

YEAR    NUMBER

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF

DEFENDANT'S NAME

COUNTY

TICKET NUMBER  M 7228969

CHARGE

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | | | NEW COURT DATE | | | UTC-6B ISSUED | | | UTC-6B CLEARANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | M | D | Y | M | D | Y | M | D | Y |

| WARRANT ISSUED | | | BOND SET $ | | WARRANT SERVED | | | WARRANT RECALLED | | |
|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | CASH DEPOSITED $ | | M | D | Y | M | D | Y |

CONDITIONAL BOND FORFEITURE ORDER ISSUED    M    D    Y

BOND FORFEITURE ORDERED F.NAL

ATTORNEY FOR DEFENDANT    *waived*    CHECK IF APPLICABLE    ☐ Defendant informed of right to counsel    ☐ Voluntarily waived counsel    ☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty    3 ☐ Not guilty

ADJUDICATION (CHECK ONE)    1 ☐ Guilty as charged    2 ☐ Not guilty
3 ☐ Guilty    4 ☐ Nol prossed    5 ☐ Dismissed

**ORDERS OF THE COURT**

FINE $    COURT COSTS $    TOTAL FINE AND COURT COSTS $

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING MISDEMEANOR (MINIMUM $25.00) $ | |
|---|---|---|---|

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | |

| ☐ JAILED | M | D | Y | | | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DAYS _____ RELEASED ☐ | | | | | |

☐ SENTENCE SUSPENDED    ☐ PROBATION    ☐ COMMUNITY SERVICE

DAYS _____ MONTHS    DAYS _____ MONTHS    DAYS _____ MONTHS

☐ TRAFFIC SAFETY PROGRAM    M    D    Y    ☐ SUBSTANCE ABUSE EVALUATION    ☐ COURT REFERRAL PROGRAM COMPLETED    M    D    Y

COURT ORDERED LICENSE SUSPENSION    ☐ CONSECUTIVE    LICENSE SURRENDERED TO COURT    M    D    Y

DAYS _____ MOS _____    ☐ CONCURRENT    RECEIVED BY

CONFIDENTIAL: ☐ NO ☐ YES: ☐ Juvenile ☐ Youthful Offender    *YO granted*

*450/100 by May*

*per Officer*

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| DEC 02 05 | |

CASE APPEALED    M    D    Y    APPEAL BOND    CIRCUIT COURT CASE NUMBER

ARRESTING AGENCY (TYPE OF ARREST)    ☐ STATE    ☐ COUNTY    ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE | M | D | Y |
|---|---|---|---|---|---|---|

NAME AND TITLE

LICENSE ATTACHED: ☐ YES ☐ NO    DPS RECEIVED LICENSE ☐ YES ☐ NO

**COURT ACTION AND DISPOSITION - DPS DATA INPUT**

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC
TICKET AND COMPLAINT**

COURT CASE NO

| ALABAMA, COUNTY OF | Lee | CO. 41 | CITY 3 | TICKET NUMBER | M 7228970 |
|---|---|---|---|---|---|

YEAR ___ NUMBER

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

| Month | Day | Year | Time | At | Approx. |
|---|---|---|---|---|---|
| 10 | 4 | 23 | 05 | | 21:14 |

☐ AM
☐ PM
☐ CMT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other _____
☐ Private

| First Name | Middle/Maiden | Last |
|---|---|---|
| Jarvis | | Ware |

| Address | Street |
|---|---|
| 430 N. Dean Rd #4-C | |

| City | State | Zip Code |
|---|---|---|
| Auburn | AL | 36830 |

| State MC | Driver's License Number 7111615 | Class of License D | ☐ Yes ☐ No |
|---|---|---|---|

| Sex M | Race B | DOB 8 3 84 | Social Security Number 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 | Drivers License in Possession | ☐ Yes ☐ No |
|---|---|---|---|---|---|

| Hgt 5'09 | Wgt 174 | Eyes Brn | Hair Blk | Vehicle Tag Number 4645466 | State AZ | Year 05 |
|---|---|---|---|---|---|---|

| Vehicle Description Blue Chev Cavier | Owner of Vehicle ☐ Driver ☑ Employer ☐ Other |
|---|---|

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,
at or near Dean / Hampton , within the ☑ city limits or ☐ police jurisdiction
of Auburn or ☐ within _____ County, at or near the following location
_____ in violation of ☐ Section _____ Code of Alabama 1975,
☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. 13-1 , duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section 30-5A-88(a) Code 1975, more particularly described below:

| CHECK THE APPROPRIATE BLOCK: | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|

| | | |
|---|---|---|
| 1 ☐ Speeding _____ MPH _____ Speed Limit | 7 ☐ Driving While Revoked | |
| 2 ☐ Reckless Driving | 8 ☐ Driving While Suspended | |
| 3 ☐ Driving Without First Obtaining a Driver's License | 10 ☐ Running Red Light | |
| DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE: | 13 ☐ Improper Equipment (Specify) _____ | |
| 4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood | 14 ☐ Improper Passing | |
| 4 ☐ Under the Influence of Alcohol | 28 ☐ Improper Tag (Specify) _____ | |
| 5 ☐ Under the Influence of Controlled Substance | 29 ☐ Improper Turn | |
| 71 ☐ Under the Combined Influence of Alcohol and Controlled Substance | 42 ☐ Overweight Vehicle | |
| 72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties | 61 ☐ Child Restraint Violation | |
| 8 ☐ Failure to Yield Right of Way | 77 ☐ Seat Belt Violation | |
| ☑ Other Violation (Specify) Improper Lane Change | | |

| FACTS RELATING TO THE OFFENSE: (Witnesses, etc) | ☐ Companion Case (Traffic, Non-Traffic, Felony, Other) ☐ Accident Involved |
|---|---|

| Complainant's Signature | Officer I.D. 0517 | Agency ORI AL 049000 |
|---|---|---|

| Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate | | M 5 | D 12 | Y 05 |
|---|---|---|---|---|

COURT APPEARANCE INFORMATION

| ☑ Municipal ☐ District Court Auburn | Phone 334 501-3180 |
|---|---|

| Court Appearance Date 6-16-05 | Time 8:00 ☑ AM ☐ PM | Court Address 141 N. Ross St. |
|---|---|---|

I Promise to appear in court (if said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

| Defendant's Signature: | Phone (334)663-5015 |
|---|---|

☐ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

NAME _____    TICKET # M 7228970    CASE #

65d22acddfc3a040

GOVERNMENT
EXHIBIT
14

**ABSTRACT OF COURT RECORD**

| | | | COURT CASE NUMBER |
|---|---|---|---|
| Court O.R.I. | | | YEAR      NUMBER |
| AL | | | |

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF

| | COUNTY | TICKET NUMBER | M 7228970 |
|---|---|---|---|
| DEFENDANT'S NAME | CHARGE | | |

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | | | NEW COURT DATE | | | UTC-6B ISSUED | | | UTC-6B CLEARANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | M | D | Y | M | D | Y | M | D | Y |

| WARRANT ISSUED | | | BOND SET $ | WARRANT SERVED | | | WARRANT RECALLED | | |
|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | CASH DEPOSITED $ | M | D | Y | M | D | Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M | D | Y | BOND FORFEITURE ORDERED FINAL | M | D | Y |
|---|---|---|---|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel   ☐ Defendant found indigent, counsel appointed |
|---|---|---|

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged        2 ☐ Guilty of                3 ☐ Not guilty

ADJUDICATION (CHECK ONE)    1 ☐ Guilty as charged        2 ☐ Not guilty        Not prossed        5 ☐ Dismissed
3 ☐ Guilty of

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

**ADDITIONAL PENALTIES / FEES / COSTS**

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|

| ☐ JAILED | M | D | Y | DAYS _____ RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|

☐ SENTENCE SUSPENDED        ☐ PROBATION        ☐ COMMUNITY SERVICE

| _____ DAYS | MONTHS | _____ DAYS | MONTHS | _____ DAYS | MONTHS | _____ DAYS | MONTHS |
|---|---|---|---|---|---|---|---|

| ☐ TRAFFIC SAFETY PROGRAM | M | D | Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M | D | Y |
|---|---|---|---|---|---|---|---|---|

| COURT ORDERED LICENSE SUSPENSION | ☐ CONSECUTIVE | LICENSE SURRENDERED TO COURT | | |
|---|---|---|---|---|
| _____ DAYS _____ MOS. | ☐ CONCURRENT | M   D   Y | RECEIVED BY |

CONFIDENTIAL: ☐ NO · ☐ IF YES, ☐ Juvenile ☐ Youthful Offender

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| 10 10 20 05 | |

| CASE APPEALED | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |
|---|---|---|
| M   D   Y | | |

ARRESTING AGENCY (TYPE OF ARREST)    ☐ STATE   ☐ COUNTY   ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE   M   D   Y |
|---|---|---|---|
| NAME AND TITLE | | | |

LICENSE ATTACHED: ☐ YES  ☐ NO        DPS RECEIVED LICENSE ☐ YES   ☐ NO

**COURT ACTION AND DISPOSITION - DPS DATA INPUT**

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC**
**TICKET AND COMPLAINT**

COURT CASE NO.

ALABAMA, COUNTY OF _Lee_

| CO. | CITY | TICKET NUMBER | STATE | NUMBER |
|-----|------|---------------|-------|--------|
| 43 | 1 | | M | 7228971 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month _10_ Day _18_ Year _3005_ At Approx. Time _31_ ☐ AM ☐ PM ☑ MLT

TYPE VEHICLE
☑ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

First Name _Jarvis_   Middle/Maiden   Last _Ward_

Address _434 N. Dean Rd #4-c_  Street

City _Auburn_   State _AL_   Zip Code _36830_

State _AL_  Driver's License Number _7116/5_   Class of License

SEX _M_  Race _B_  DOB _5 13 84_   Social Security Number _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_   Drivers License in Possession ☐ Yes ☐ No

Hgt _509_  Wgt _174_  Eyes _Brn_  Hair _Blk_   Vehicle Tag Number _464546 6_   State _AL_  Year _05_

Vehicle Description _Blue Chevy Cavalier_   Owner of Vehicle ☐ Driver ☑ Employer ☐ Other

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _Annalue / Dean_ , within the ☑ city limits or ☐ police jurisdiction of _Auburn_ , or ☐ within _____ County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _13.1_ , duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _33-5C-2.2_ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|--|--|----------|--------|------------------|

1 ☐ Speeding ____ MPH ____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☑ Other Violation (Specify) _Improper Tint @ 20%_

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Violation
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)   ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)   ☐ Accident Involved

Complainant's Signature

Officer ID _6578_  Agency ORI _AL 0430000_

Verified and Acknowledged before me this date (Circle Title) ☐ Judge Magistrate

| M | D | Y |
|---|---|---|
| 5 | 12 | 05 |

☐ Municipal
☐ District Court   _Auburn_

**COURT APPEARANCE INFORMATION**

Phone _334 524-3180_

Court Appearance Date/Time _6 12 05 8:00_ ☐ AM ☑ PM   Court Address _141 N. Ross St_

I Promise to appear at court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature:   Phone _334 663-0875_

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

COMPLAINT AND AFFIDAVIT

TICKET # M 7228971   CASE #

GOVERNMENT EXHIBIT
15

| Court O.R.I. | **ABSTRACT OF COURT RECORD** | COURT CASE NUMBER |
|---|---|---|
| AL | | |

| ☐ MUNICIPAL COURT OR ☐ DISTRICT COURT OF | | COUNTY | TICKET NUMBER | YEAR | NUMBER |
|---|---|---|---|---|---|
| | | | | M 7228971 | |

| DEFENDANT'S NAME | CHARGE |
|---|---|

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|

| 2ND CONTINUANCE | M | D | Y | REASON |
|---|---|---|---|---|

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M  D  Y | M  D  Y | M  D  Y | M  D  Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M  D  Y | CASH DEPOSITED $ | M  D  Y | M  D  Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M | D | Y | BOND FORFEITURE ORDERED FINAL | M | D | Y |
|---|---|---|---|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel    ☐ Voluntarily waived counsel |
|---|---|---|
| | | ☐ Defendant found indigent, counsel appointed |

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of _____    3 ☐ Not guilty

ADJUDICATION (CHECK ONE)    1 ☐ Guilty as charged    2 ☐ Not guilty
3 ☐ Guilty of _____    4 ☐ Nol prossed    5 ☐ Dismissed

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

| ☐ JAILED | M | D | Y | DAYS _____ RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|

☐ SENTENCE SUSPENDED    ☐ PROBATION    ☐ COMMUNITY SERVICE

| DAYS | MONTHS | DAYS | MONTHS | DAYS | MONTHS |
|---|---|---|---|---|---|
| ☐ TRAFFIC SAFETY PROGRAM  M  D  Y | | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M  D  Y | |

| COURT ORDERED LICENSE SUSPENSION | ☐ CONSECUTIVE | LICENSE SURRENDERED TO COURT | |
|---|---|---|---|
| _____ DAYS _____ MOS. | ☐ CONCURRENT | M  D  Y | RECEIVED BY |

CONFIDENTIAL: ☐ NO ·  ☐  IF YES: ☐ Juvenile  ☐ Youthful Offender

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| M  D  Y | |

| CASE APPEALED | APPEAL BOND | CIRCUIT COURT CASE NUMBER |
|---|---|---|
| M  D  Y | | |

ARRESTING AGENCY (TYPE OF ARREST) ☐ STATE  ☐ COUNTY  ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE  M  D  Y |
|---|---|---|---|
| NAME AND TITLE | | | |

LICENSE ATTACHED: ☐ YES  ☐ NO        DPS RECEIVED LICENSE ☐ YES  ☐ NO

**COURT ACTION AND DISPOSITION - DPS DATA INPUT**

## City of Auburn

### General Fund Operating Results and Fund Balances
All general funds consolidated (financial reporting presentation)

| | FY 1999 | FY 2000 | FY 2001 | FY 2002 | FY 2003 | FY 2004 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Sales taxes (1) | $11,313,849 | $12,154,032 | $12,554,602 | $13,160,761 | $14,589,315 | $17,959,076 |
| Occupation license fees | 4,253,353 | 4,654,854 | 5,063,472 | 4,981,415 | 5,557,851 | 7,197,943 |
| Business license fees (2) | 3,674,222 | 4,122,191 | 4,011,900 | 4,344,630 | 4,476,765 | 5,732,245 |
| Solid waste collection fees | 1,587,285 | 1,745,809 | 1,975,982 | 2,102,764 | 2,130,705 | 2,288,184 |
| Property taxes (3) | 1,537,655 | 1,761,488 | 1,844,582 | 1,930,710 | 2,045,242 | 2,433,164 |
| Court fines | 557,354 | 608,466 | 689,823 | 628,201 | 660,370 | 734,641 |
| Parking fines | 137,697 | 145,900 | 127,153 | 122,320 | 168,777 | 142,107 |
| Interest | 343,034 | 390,165 | 456,753 | 397,990 | 294,710 | 418,683 |
| Lodging taxes (4) | 186,454 | 385,507 | 380,479 | 485,260 | 548,362 | 568,887 |
| State shared taxes | 272,419 | 224,210 | 363,038 | 428,757 | 485,362 | 582,317 |
| Grants | 1,754,370 | 328,229 | 276,760 | 422,582 | 419,961 | 589,310 |
| Contributions from the public | 220,593 | 62,192 | 71,946 | 112,652 | 295,114 | 1,354,061 |
| Other revenues | 2,378,914 | 2,606,178 | 3,160,017 | 4,594,925 | 4,351,518 | 3,738,623 |
| **Total revenues** | 28,217,199 | 29,189,221 | 30,976,507 | 33,712,967 | 36,024,052 | 43,739,241 |
| *Court fines as % of total revs* | 1.98% | 2.08% | 2.23% | 1.86% | 1.83% | 1.68% |
| *Court fines as % of total revs less sales tax* | 3.30% | 3.57% | 3.74% | 3.06% | 3.08% | 2.85% |
| **Total Expenditures** | 23,954,512 | 28,823,461 | 30,786,996 | 28,095,543 | 31,630,167 | 33,705,133 |
| *Court fines as % of total expenditures* | 2.33% | 2.11% | 2.24% | 2.24% | 2.09% | 2.18% |

\* Adjusted to eliminate effect of tax rate increase.

(1) Sales tax rate increased from 2.5% to 3.0% effective August 1, 2003.
(2) Includes general licenses, residential rental, commercial rental, construction percent and franchise fees.
(3) Includes contributions in lieu of property taxes
(4) Lodging tax rate (City's share) increased from 2% to 4%, October 1, 1999. Recent growth due to construction of additional hotels.



GOVERNMENT EXHIBIT
34

| FY 2005 | FY 2005 > FY 1999 | | 6-Year |
| | Amount | As % | Avg % |
|---|---|---|---|
| $18,429,013 | $ 4,043,662 * | 35.7% | 6.0% * |
| 6,785,103 | 2,531,750 | 59.5% | 9.9% |
| 6,080,533 | 2,406,311 | 65.5% | 10.9% |
| 2,441,380 | 854,095 | 53.8% | 9.0% |
| 2,893,436 | 1,355,781 | 88.2% | 14.7% |
| 876,081 | 318,727 | 57.2% | 9.5% |
| 137,293 | (404) | -0.3% | 0.0% |
| 496,081 | 153,047 | 44.6% | 7.4% |
| 668,094 | 147,593 * | 79.2% | 13.2% * |
| 760,445 | 488,026 | 179.1% | 29.9% |
| 520,061 | (1,234,309) | -70.4% | -11.7% |
| 152,598 | (67,995) | -30.8% | -5.1% |
| 5,724,662 | 3,345,948 | 140.7% | 23.4% |
| 45,964,980 | 17,747,781 | 62.9% | 10.5% |
| 1.91% | 1.80% | | |
| 3.18% | 2.33% | | |
| 42,282,839 | 18,328,327 | 76.5% | 12.8% |
| 2.07% | 1.74% | | |

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ■ Yes | ■ Yes |
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 4 3 0 1 0 0 | AUBURN POLICE DEPART | 0 2 0 0 8 7 4 2 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| COBB, MONKEVIN S | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 | 14 | ■ SCARS ■ MARKS ■ TATOOS ■ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|
| ■ M ☐ W ☒ A | ■ B ☐ | 6' 00" | 170 | BRO | BLK | DRK | | MULTIPLE GANG TATTOOS COVERING UPPER BODY |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| OPELIKA  LEE  AL | 4 2 3 - 0 8 - 9 5 7 1 | 1 1 1 7 8 0 | 021 | S423089571 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ■ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 728 N COLLEGE ST AUBURN, AL 36830 | ( ) 887-8710 | NONE |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☒ NO |
|---|---|---|
| WOLF TRAP  950 MARTIN LUTHER KING DR  AUBURN, AL 36830 | B 1 Z 0 3 | ■ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☐ SOBER ■ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☒ OFFICER ■ ARRESTEE | ☐ Y ☒ N | ■ HANDGUN ☐ OTHER FIREARM ☒ RIFLE ☒ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 8 1 2 0 2 | 02:05 ☐ 1. AM ☒ MIL ☐ 2. PM | | ■ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☒ NO ☐ UNKNOWN |

| 46 CHARGE - 1 ☒ FEL ■ MISD | 47 UCR CODE | 48 CHARGE - 2 ☐ FEL ■ MISD | 49 UCR CODE |
|---|---|---|---|
| RESISTING ARREST | 4801 | CARRY PISTOL W/O PERMIT | 5299 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 013A-10-0041 | | | 013A-11-0073 | | |

| 56 CHARGE - 3 ☐ FEL ■ MISD | 57 UCR CODE | 58 CHARGE - 4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐ HELD ☒ BAIL ☐ RELEASED ■ TOT - LE ☐ OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☒ REF. TO JUVENILE COURT | ☒ REF. TO WELFARE AGENCY ☒ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| | | | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| ☐ 1. AM ☐ MIL ☐ 2. PM | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED / HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|
| | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX |
|---|---|---|---|---|---|---|
| | | | | | | ☐ CASE CLOSED NARRATIVE |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR REGISTER ID # |
|---|---|---|---|---|
| MINGUS, SCOTT A | 03474 | | | 02 |

GOVERNMENT EXHIBIT 37

**TYPE OR PRINT IN BLACK INK ONLY**

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | DATE AND TIME OF ARREST 0 8 1 2 0 2 | 02:05 | AM PM MIL | CASE # 0 2 0 0 8 7 4 2 | |

**NARRATIVE**

AUBURN POLICE OFFICERS RESPONDED TO A SHOTS FIRED CALL IN THE AREA OF JONES ST IN AUBURN. ANOTHER COMPLAINANT CALLED AND

ADVISED THAT THE SHOTS CAME FROM THE AREA OF THE WOLF TRAP BAR. OFFICERS WERE ON FOOT IN THE AREA OF THE WOLF TRAP WHEN

ANOTHER SHOT WAS FIRED. OFFICERS CONTACTED A GOLD FORD CROWN VICTORIA IN THE PARKING LOT. THE VEHICLE STARED BACKING UP

INTO THE LOWER AREA OF THE LOT. THE VEHICLE WAS OCCUPIED (4) TIMES BY BLACK MALES. (2) OF THE OCCUPANTS EXITED THE VEHICLE

AND BEGAN BOISTEROUS ABOUT OFFICERS CONTACTING THEM. THE OCCUPANTS WERE ADVISED TO PLACE THEIR HANDS ON THE ROOF OF THE

VEHICLE. ALL FOUR OCCUPANTS BECAME LOUDER AND CUSSING. BEFORE THE OCCUPANTS COULD BE PATTED DOWN FOR SAFETY PURPOSES,

THE DEFENDANT ATTEMPTED TO RUN. LATER IDENTIFIED AS MONKEVIN COBB, THIS SUBJECT WAS ATTEMPTING TD RUN AWAY. AFTER BEING

PLACED ON THE GROUND AND SECURED, A SMALL CALIBER PISTOL WAS LOCATED UNDER THE DEFENDANT AND IN THE AREA OF WHERE HE

WAS RESISTING. THE MAGAZINE TO THE PISTOL WAS IN THE DEFENDANT'S LEFT POCKET. COBB WAS TRANSPORTED IN HANDCUFFS DOUBLE

LOCKED AND IN A MARKED PATROL UNIT. THE OTHER OCCUPANTS - BRIAN BENNETT, RECCO SPINKS AND OYANGO TOLBERT WERE IDENTIFIED

AND RELEASED.

**NARRATIVE**

**NARRATIVE**

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

TYPE OR PRINT IN BLACK INK ONLY