**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                              ) | CR. No. 3:05cr234-WHA |
| ) | |
| TYRONE WHITE and ADAM FLOYD. ) | |

**ORDER**

It is hereby ORDERED that the Defendants are to file on or before January 16, 2007, a Reply to the Government's Response to Defendants' Joint Motion for Judgment of Acquittal or for New Trial.

Done this 22nd day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE