# City of Auburn

## General Fund Operating Results and Fund Balances
All general funds consolidated (financial reporting presentation)

| | FY 1999 | FY 2000 | FY 2001 | FY 2002 | FY 2003 | FY 2004 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Sales taxes (1) | $11,313,849 | $12,154,032 | $12,554,602 | $13,160,761 | $14,589,315 | $17,959,076 |
| Occupation license fees | 4,253,353 | 4,654,854 | 5,063,472 | 4,981,415 | 5,557,851 | 7,197,943 |
| Business license fees (2) | 3,674,222 | 4,122,191 | 4,011,900 | 4,344,630 | 4,476,765 | 5,732,245 |
| Solid waste collection fees | 1,587,285 | 1,745,809 | 1,975,982 | 2,102,764 | 2,130,705 | 2,288,184 |
| Property taxes (3) | 1,537,655 | 1,761,488 | 1,844,582 | 1,930,710 | 2,045,242 | 2,433,164 |
| Court fines | 557,354 | 608,466 | 689,823 | 628,201 | 660,370 | 734,641 |
| Parking fines | 137,697 | 145,900 | 127,153 | 122,320 | 168,777 | 142,107 |
| Interest | 343,034 | 390,165 | 456,753 | 397,990 | 294,710 | 418,683 |
| Lodging taxes (4) | 186,454 | 385,507 | 380,479 | 485,260 | 548,362 | 568,887 |
| State shared taxes | 272,419 | 224,210 | 363,038 | 428,757 | 485,362 | 582,317 |
| Grants | 1,754,370 | 328,229 | 276,760 | 422,582 | 419,961 | 589,310 |
| Contributions from the public | 220,593 | 62,192 | 71,946 | 112,652 | 295,114 | 1,354,061 |
| Other revenues | 2,378,914 | 2,606,178 | 3,160,017 | 4,594,925 | 4,351,518 | 3,738,623 |
| **Total revenues** | 28,217,199 | 29,189,221 | 30,976,507 | 33,712,967 | 36,024,052 | 43,739,241 |
| *Court fines as % of total revs* | *1.98%* | *2.08%* | *2.23%* | *1.86%* | *1.83%* | *1.68%* |
| *Court fines as % of total revs less sales tax* | *3.30%* | *3.57%* | *3.74%* | *3.06%* | *3.08%* | *2.85%* |
| **Total Expenditures** | 23,954,512 | 28,823,461 | 30,786,996 | 28,095,543 | 31,630,167 | 33,705,133 |
| *Court fines as % of total expenditures* | *2.33%* | *2.11%* | *2.24%* | *2.24%* | *2.09%* | *2.18%* |

\* Adjusted to eliminate effect of tax rate increase.

(1) Sales tax rate increased from 2.5% to 3.0% effective August 1, 2003.
(2) Includes general licenses, residential rental, commercial rental, construction percent and franchise fees.
(3) Includes contributions in lieu of property taxes
(4) Lodging tax rate (City's share) increased from 2% to 4%, October 1, 1999. Recent growth due to construction of additional hotels.

| FY 2005 | FY 2005 > FY 1999 | | 6-Year |
| | Amount | As % | Avg % |
|---|---|---|---|
| $ 18,429,013 | $ 4,043,662 * | 35.7% | 6.0% * |
| 6,785,103 | 2,531,750 | 59.5% | 9.9% |
| 6,080,533 | 2,406,311 | 65.5% | 10.9% |
| 2,441,380 | 854,095 | 53.8% | 9.0% |
| 2,893,436 | 1,355,781 | 88.2% | 14.7% |
| 876,081 | 318,727 | 57.2% | 9.5% |
| 137,293 | (404) | -0.3% | 0.0% |
| 496,081 | 153,047 | 44.6% | 7.4% |
| 668,094 | 147,593 * | 79.2% | 13.2% * |
| 760,445 | 488,026 | 179.1% | 29.9% |
| 520,061 | (1,234,309) | -70.4% | -11.7% |
| 152,598 | (67,995) | -30.8% | -5.1% |
| 5,724,862 | 3,345,948 | 140.7% | 23.4% |
| 45,964,980 | 17,747,781 | 62.9% | 10.5% |
| 1.91% | 1.80% | | |
| 3.18% | 2.33% | | |
| 42,282,839 | 18,328,327 | 76.5% | 12.8% |
| 2.07% | 1.74% | | |