```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| V. | *   CR.NO. 3:05-CR-234-WHA |
| **TYRONE WHITE and** | * |
| **ADAM FLOYD,** | * |
| **Defendant.** | * |

### UNOPPOSED JOINT MOTION TO CONTINUE SENTENCING

Comes now the defendants Tyrone White and Adam Floyd, by and through undersigned counsel, and submit the following:

1. The above styled case has been set for sentencing February 1, 2007 at 9:00 a.m.

2. Undersigned counsel need additional time for preparation for the sentencing in this case. Counsel have spend a considerable amount of time on their Joint Motions for Judgment of Acquittal or New Trial, which is pending, and along with other matters involving counsels' caseloads have not had sufficient time to devote to preparation for sentencing.

3. Counsel has spoken with USPO Jeffrey Lee and understands that the probation officer does not object to this request and also needs additional time for the sentencing.

4. Counsel has also spoken with AUSA Todd Brown and the

Case 3:05-cr-00234-WHA-WC    Document 202    Filed 01/18/2007    Page 2 of 2

Government does not object to this motion.

WHEREFORE because of the above defendants request that the sentencing be continued and reset to a later date.

Respectfully submitted this 18th day of January, 2007.

                          s/Russell T. Duraski
                          RUSSELL DURASKI
                          Attorney for Tyrone White
                          6332 Woodmere Blvd.
                          Montgomery, AL 36117
                          Phone: 334-260-9733
                          Fax: 334-260-0735
                          email: duraskilaw@charter.net
                          Bar No.ASB1792R47R

                          s/Jeffery C. Duffey
                          JEFFERY C. DUFFEY
                          Attorney for Defendant
                          Adam Floyd
                          600 South McDonough Street
                          Montgomery, AL  36104
                          Phone: 334-834-4100
                          Fax: 334-834-4101
                          email: jcduffey@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the appropriate parties.

                          Respectfully submitted,

                          s /Jeffery C. Duffey
                          JEFFERY C. DUFFEY