IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE and ADAM FLOYD ) | |

### ORDER

This case is before the court on the Unopposed Joint Motion to Continue Sentencing (Doc. #202).

Sentencing is now set for February 1, 2007, but this case is pending before the court on the Defendants' Joint Motion for Judgment of Acquittal or New Trial. The motion must be disposed of before it can be determined whether sentencing will be appropriate with respect to Defendant Adam Floyd. Therefore, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendants set for February 1, 2007, is CONTINUED, subject to later order, if appropriate, following determination of the pending motion.

DONE this 24th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE