IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE and ADAM FLOYD | ) | |

## ORDER

The court having resolved the Plaintiffs' Motion for a Directed Verdict on Acquittal or New Trial, it is hereby

ORDERED that sentencing of the Defendants is set for Thursday, March 15, 2007, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 5th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE