# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | **CR. NO. 3:05-CR-0234-WHA** |
| ) | |
| **TYRONE WHITE, and** ) | |
| **ADAM FLOYD** ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion as follows:

1. The sentencing hearing in this matter is currently set for March 15, 2007.

2. The undersigned Assistant United States Attorney ("AUSA") will be out of the state on March 15, 2007. The undersigned AUSA is the only prosecutor assigned to this case and is the most familiar with the factual and procedural background of it.

3. The undersigned AUSA has contacted counsel for Adam Floyd (Jeffery C. Duffey, Esq.) and he does not object to this matter being continued.

4. The undersigned AUSA has also contacted counsel for Tyrone White (Russell T. Duraski, Esq.) and he does not object to this matter being continued.

However, Mr. Duraski has asked that the sentencing hearing not be set for the week of March 19, 2007, as he will be unavailable during that week.

5. Accordingly, the United States respectfully requests the sentencing hearing in this matter be rescheduled to some time after March 26, 2007. It should be noted that this Court currently has a sentencing docket scheduled for April 10, 2007.

Respectfully submitted, this the 5th day of March, 2007.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              s/Todd A. Brown
                              TODD A. BROWN
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, AL 36104
                              Phone: (334)223-7280
                              Fax: (334)223-7135
                              E-mail: todd.brown@usdoj.gov
                              ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 3:05-CR-0234-WHA |
| ) | |
| **TYRONE WHITE, and** ) | |
| **ADAM FLOYD** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jeffery C. Duffey, Esq, and Russell T. Duraski, Esq.

       Respectfully submitted,

       s/Todd A. Brown
       TODD A. BROWN
       Assistant United States Attorney
       One Court Square, Suite 201
       Montgomery, AL 36104
       Phone: (334)223-7280
       Fax: (334)223-7135
       E-mail: todd.brown@usdoj.gov
       ASB-1901-O64T