IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE and ADAM FLOYD ) | |

### **ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing Hearing (Doc. #206), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the sentencing hearing scheduled in this case for March 15, 2007, is CONTINUED and RESET for Tuesday, April 10, 2007, at 1:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 6th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE