IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　vs.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**TYRONE WHITE**　　　　　　　)　　　Docket No. **3:05CR234-WHA-01** | |

　　　The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending <u>voluntary surrender.</u>

[✓] A.　It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on <u>October 7, 2005.</u>

[ ] B.　It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

　　　The defendant shall:

　　　[ ] 1.　Execute an unsecured bond in the amount of $ _____ .

　　　[ ] 2.　Execute a bail bond with surety in the amount of $ _____ .

　　　[ ] 3.　Not commit a federal, state or local crime during the period of release.

　　　[ ] 4.　Refrain from possessing a firearm or other dangerous weapon.

　　　[ ] 5.　Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

　　　[ ] 6.　Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:

　　　　　　_____

　　　[ ] 7.　Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

　　　[ ] 8.　Be restricted to travel in _____ .

　　　[ ] 9.　Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: 4/10/07

_____
United States District Judge