IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *  Case No. 3:05-cr-234-WHA |
| | * |
| Tyrone White | * |

RECEIVED
2007 APR 16  P 3:09
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

### NOTICE OF APPEAL
### AND PETITION TO PROCEED IN FORMA PAUPERIS

Comes now the Defendant in the above-styled cause and files this his Notice of Appeal and Petition to Proceed In Forma Pauperis and shows to this Honorable Court as follows:

1. The Defendant was sentenced on April 10, 2007 to a term of 30 months imprisonment.

2. The counsel which represented the defendant at trial was the second counsel hired after initial counsel was caused to withdraw.

3. Since the beginning of this litigation the Defendant has been unemployed at the Auburn Police Department where he had been employed for the last 16 years.

4. The Defendant has been attempting to stay employed but since the conviction in November, 2006 has been unable to find employment and has been forced to file bankruptcy.

5. The Defendant is currently without funds to pay for a transcript or an appeal in this matter.

6. The Defendant requests that this Court appoint his trial counsel to represent him on appeal and to provide him with a free transcript of the trial and sentencing.

Respectfully submitted this 16th day of April, 2007.

_____
Tyrone White
Defendant

_____
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 16th day of April, 2007.

*[signature]*
Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197