IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:05cr234-WHA |
| TYRONE WHITE | ) | |

## **ORDER**

Upon consideration of the Notice of Appeal and Petition to Proceed In Forma Pauperis, it is hereby

ORDERED that the Petition to Proceed In Forma Pauperis is referred to Magistrate Judge Wallace Capel for determination.

DONE this 19th day of April, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE