IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. 3:05cr234WHA |
| | ) |
| TYRONE WHITE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 16, 2007, Defendant Tyrone White filed a "Notice of Appeal and Petition to Proceed in Forma Pauperis" (Doc. #214). Defendant did not file an affidavit in support of his motion. It is therefore

ORDERED that Defendant shall file an affidavit in support of his motion to proceed in forma pauperis on or before April 24, 2007. The affidavit must specifically describe Defendant's financial condition. Defendant is further

ORDERED to certify in his affidavit that he does not intend to raise ineffective assistance of counsel on appeal or in collateral proceedings.

Done this 20th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE