IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | * | |
| Plaintiff, | * | |
| v. | * | Criminal Action No.: |
| Tyrone White, | * | 3:05CR234WHA |
| Defendant. | * | |

## AFFIDAVIT OF TYRONE WHITE
## IN SUPPORT OF PETITION TO PROCEED FORMA PAUPERIS

Comes now Tyrone White, as Defendant above, and files this, his AFFIDAVIT IN SUPPORT OF PETITION TO PROCEED IN FORMA PAUPERIS and shows to the Court as follows:

1. The following information details the current financial status of the Affiant:

**Financial Condition: Ability to Pay**

    **Cash**

| | |
|---|---:|
| First American Bank (Checking Account) | $77.00 |
| Royal Federal Credit Union (Checking Account) | $ 5.00 |
| First American Bank (Joint Checking) | $1,004.00 |
| Subtotal: | $1,086.00 |

    **Unencumbered Assets:**

| | |
|---|---:|
| Subtotal: | $ 0.00 |

**Equity in Other Assets**

| | |
|---|---|
| 2001 Ford Expedition (Market Value-Loan Balance) | $4,662.85 |
| 1997 Ford Mustang (Market Value – Title Pawn Acct) | $4,125.00 |
| 1503 Covington Avenue (Market Value-Loan Bal.) | $43,790.00 |
| **Subtotal:** | **$52,577.85** |
| **Total Assets:** | **$53,663.85** |

**Unsecured Debts**

| | |
|---|---|
| American Express (Credit Card) | $1,507.00 |
| Capitol One Bank (Credit Card) | $275.00 |
| Chevron (Gas Account) | $1,667.00 |
| Dillards (Charge Account) | $6,525.00 |
| Lowes (Charge Account) | $781.00 |
| HSBC, NV (Charge Account) | $49.00 |
| HSBC, NV (Charge Account) | $2,000.00 |
| Zales (Charge Account) | $322.00 |
| **Total Unsecured Debt:** | **$13,126.00** |

**NET WORTH:** **$40,537.85**

**Monthly Cash Flow**
  **Income**

| | |
|---|---|
| Defendant's Income | $ .00 |
| Spouse's Income | $2,364.00 |
| **Total Income:** | **$2,364.00** |

**Necessary Living Expenses**

| | |
|---|---|
| Mortgage | $1,175.00 |
| Utilities | $382.00 |
| Groceries | $350.00 |
| Transportation | $600.00 |
| Health Insurance | $75.00 |
| Auto Insurance / Homeowners | $190.00 |
| Clothing | $250.00 |
| Loan Payments | $447.00 |
| Medical Expenses | $64.00 |
| Credit Card Payments | $727.00 |
| Cellular Phone | $240.00 |
| Pest Control | $31.00 |

| | |
|---|---:|
| **Total Expenses:** | $4,531.00 |
| **NET MONTHLY CASH FLOW:** | ($2,167.00) |

2. The Defendant further shows that he has outstanding debts in excess of $40,000.00 and has filed Chapter 13 Bankruptcy. The case number for the bankruptcy is 06-81011-WRS.

3. The Affiant further shows that he does not intend to allege ineffective assistance of counsel against his trial counsel on appeal or in collateral proceedings.

_____
Tyrone White

Sworn to and subscribed before me this 23 day of April, 2007.

_____
Notary Public  11/06/07

Respectfully submitted this 23rd day of April, 2007.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Boulevard
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 23rd day of April, 2007.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Todd Brown, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197