IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 3:05cr234WHA |
| | ) | |
| TYRONE WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On April 16, 2007, Defendant Tyrone White filed a "Notice of Appeal and Petition to Proceed in Forma Pauperis" (Doc. #214). Subsequently, Defendant filed an affidavit (Doc. #219) in support of his motion.[1] Upon consideration of Defendant's petition and affidavit, the undersigned determines that Defendant does not possess sufficient funds with which to pay for a transcript of his trial and sentencing and the appeal fee as well as for representation in this matter. Accordingly, it is

ORDERED that Defendant's motion (Doc. #214) is GRANTED. It is further

ORDERED that the cost of a transcript for Defendant's trial and sentencing shall be at the Government's expense. It is further

ORDERED that Defendant's trial counsel, Russell T. Duraski (DUR007), of 6332 Woodmere Boulevard, Montgomery, Alabama, 36117, is appointed to represent

---

[1] The undersigned Magistrate Judge notes that Defendant White certified in his affidavit that he does not intend to raise ineffective assistance of counsel against his trial counsel on appeal or in collateral proceedings. Doc. #219 at unnumbered page 3.

Defendant in his appeal.

    Done this 26th day of April, 2007.

                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATE MAGISTRATE JUDGE