IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cv234-WHA |
| | ) | |
| TYRONE WHITE | ) | |

### **ORDER**

Upon consideration of Defendant's Motion for Release Pending Appeal (Doc. #226), filed on May 2, 2007, it is

ORDERED that the United States shall show cause, if any there be, **on or before May 8, 2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 2nd day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE