(Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 3 of 6

DEFENDANT: TYRONE WHITE
CASE NUMBER: 3:05cr234-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**30 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X before 2 p.m. on   May 23, 2007   .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  5/23/07  to  FCC Yazoo City
at  Yazoo City, MS , with a certified copy of this judgment.

RETURNED AND FILED
AUG 10 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_Constance Reese, Warden_
UNITED STATES MARSHAL

By _Tracy Walker, USMS_
DEPUTY UNITED STATES MARSHAL