**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

August 21, 2007

RECEIVED
2007 AUG 28 A 9:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

U.S. COURT OF APPEALS
RECEIVED CLERK
AUG 22 2007
ATLANTA, GA

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

DISTRICT NO. CR-05-234-E
USCA NO  07-11793-EE

USA VS. TYRONE WHITE, ADAM FLOYD

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]
_First Notice of Appeal:_Yes,___ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
__No                          Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
__The Appellate docket fee has been paid;_Yes,__No:___Date, Receipt#_____
___Appellant has been   ___GRANTED;___
__DENIED IFP, Copy of Order enclosed.
___Appellant has been   ___GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
 X  The District Judge or Magistrate Judge appealed from is Hon: W. HAROLD ALBRITTON
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
            3  Volume(s) of Pleadings, 13   Volume(s) of Transcripts,
            X   SEALED ITEMS, ie.  1   PSI(s)____; OTHER____; TAPE(s)_____
            X   Exhibits:
           ___Volume (s) of Original Papers

cc:                              Sincerely,

                                 DEBRA P. HACKETT, CLERK

                                 By: Yolanda Williams
                                     Deputy Clerk