RECEIVED

2008 JAN 11  P 3: 07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

January 10, 2008

**Appeal Number: 07-11793-EE**
Case Style: USA v. Tyrone White
District Court Number:  05-00234 CR-E

TO:    Debra P. Hackett

CC:    Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-11793-EE**
Case Style: USA v. Tyrone White
District Court Number:  05-00234 CR-E

---

The following record materials in the referenced case are returned herewith:


Record on Appeal VOL(S)  fifteen volumes

Exhibits - three folders, one envelope,  two psi's

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.


Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)